IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MEYNARD DESIGNS, INC. AND EARTH VISIONS INC.,

Plaintiffs,

v.

EARTH PRODUCTS, INC.,

Defendant.

CIVIL ACTION NO.

05cv11781 NMG

## Corporate Disclosure Statement Under Fed. R. Civ. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3 the undersigned counsel for Meynard Designs, Inc. and Earth Visions Inc. (private non-governmental parties) certifies the following:

- Meynard Designs, Inc. has no parent corporations, and there are no publicly held companies that hold more than 10% of stock in Meynard Designs, Inc.

931908.1                                                    1

- Earth Visions Inc. has no parent corporations, and there are no publicly held companies that hold more than 10% of stock in Earth Visions Inc.

Respectfully submitted,

MEYNARD DESIGNS, INC. AND
EARTH VISIONS INC.

By its attorneys,

Dated: August 29, 2005

Michael Albert, BBO # 558566
David Wolf, BBO # 532160
Laura Topper, BBO # 652364
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel. 617 646.8000
Fax 617 646.8646

931908.1

2