AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ MASSACHUSETTS _____

MEYNARD DESIGNS, INC. AND

EARTH VISIONS INC.

V.

EARTH PRODUCTS, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

Earth Products, Inc.
5830 ElCamino Real
Carlsbad, CA 92008

**05cv11781 NMG**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE 8/29/05

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9-12-05 |
| NAME OF SERVER (PRINT) ADAM LORCOE | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Served on attorney's office per parties' agreement.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/12/05
             Date

Signature of Server

2225 4th Ave STE. 3
Address of Server

### ACCEPTANCE OF SERVICE

The undersigned attorney, Cindy Caditz of Christensen O'Connor Johnson & Kindness, is authorized to and does hereby accept service of the Summons and Complaint on behalf of Defendant Earth Products, Inc.

Dated this 12th day of September 2005

Christensen O'Connor Johnson & Kindness

Cindy Caditz, WSBA #
1420 5th Avenue, Suite 2800
Seattle, WA 98101
(206) 682-8100 phone
(206) 224-0779 fax
cindy.caditz@cojk.com
Attorneys for Earth Products, Inc.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.