IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND<br>EARTH VISIONS INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>EARTH PRODUCTS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-11781-NMG<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT EARTH PRODUCTS, INC.'S ASSENTED-TO MOTION
FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant, Earth Products, Inc. ("Earth Products") hereby moves pursuant to Fed. R. Civ. P. 6(b), to extend the time within which it must respond to plaintiffs' complaint through and including October 10, 2005. As grounds for this Motion, Earth Products states:

1. Plaintiffs filed their complaint on August 29, 2005.

2. Counsel for plaintiffs has agreed to extend Earth Products' time to respond to the complaint to October 10, 2005.

Dated: September 26, 2005

Respectfully submitted,
Earth Products, Inc.,

*By its attorney*,

/s/ Steven M. Bauer
Steven M. Bauer, Esq. BBO #542531
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
(617) 526-9600