IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND<br>EARTH VISIONS INC.,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>EARTH PRODUCTS, INC.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 05-11781-NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2(a), please enter the appearance of Kimberly A. Mottley, Esq. of Proskauer Rose LLP as counsel for Defendant, Earth Products, Inc.

Dated: October 5, 2005　　　　　　　　　　　Respectfully submitted,

|  | Earth Products, Inc.,<br><br>*By its attorneys*,<br><br>/s/ Kimberly A. Mottley<br>Steven M. Bauer, Esq. BBO# 542531<br>Kimberly A. Mottley, Esq. BBO# 651190<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA 02110<br>(617) 526-9600 |
|---|---|