IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MEYNARD DESIGNS, INC. AND EARTH
VISIONS INC.

Plaintiffs,

v.

EARTH PRODUCTS INC.

Defendant.

CIVIL ACTION NO. 05 cv 11781 NMG

## EARTH PRODUCTS INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1, Defendant Earth Products Inc. ("Earth Products") hereby

states that it is wholly owned by K-2 Corporation, an Indiana corporation, which is wholly

owned by Sitca Corp., a Washington corporation, which is wholly owned by K2 Inc., a Delaware

corporation.

Dated:  August 14, 2006

By: /s/ Steven M. Bauer
**Steven M. Bauer, Esq. BBO# 542531**
sbauer@proskauer.com
**Kimberly A. Mottley, Esq. BBO# 651190**
kmottley@proskauer.com
**PROSKAUER ROSE LLP**
One International Place
Boston, MA 02110
(617) 526-9600

*Attorneys for Earth Products Inc.*

*Of counsel:*
**J. Christopher Carraway**
chris.carraway@klarquist.com
**Cindy L. Caditz**
cindy.caditz@klarquist.com
**Scott E. Davis**
scott.davis@klarquist.com
**KLARQUIST SPARKMAN, LLP**
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Phone:  503-595-5300
Fax:  503-595-5301

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on August 14, 2006, a true copy of the foregoing

**EARTH PRODUCTS INC.'S CORPORATE DISCLOSURE STATEMENT,** was served via

e-mail (in addition to the Court's ECF service) to:

> Michael Albert
> David Wolf
> Laura Topper
> WOLF, GREENFIELD & SACKS, P.C.
> 600 Atlantic Avenue
> Boston, Massachusetts 02210
>
> *Attorneys for Plaintiffs, Meynard Designs, Inc.*
> *And Earth Visions Inc.*

By:  /s/ Steven M. Bauer_____