IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH VISIONS INC.<br><br>Plaintiffs,<br><br>v.<br><br>EARTH PRODUCTS INC.<br><br>Defendant. | CIVIL ACTION NO. 05 cv 11781 NMG |

**ASSENTED-TO MOTION TO ADMIT COUNSEL *PRO HAC VICE* FOR DEFENDANTS**

I, Steven M. Bauer, a member of the bar of this Court, move pursuant to Local Rule 83.5.3 for the admission of attorneys J. Christopher Carraway, Scott E. Davis, and Cindy L. Caditz, all of the firm of Klarquist Sparkman, LLP, 121 S.W. Salmon Street, Suite 1600, Portland, Oregon 97204, as counsel for Earth Products Inc., in this action, *pro hac vice*.

As stated in the accompanying declaration (attached as Exhibit A), Mr. Carraway is admitted to the bars of the States of Oregon and Colorado, and is also admitted to practice in various Federal Courts.

As stated in the accompanying declaration (attached as Exhibit B), Mr. Davis is admitted to the bars of the States of Oregon and California, and is also admitted to practice in various Federal Courts.

As stated in the accompanying declaration (attached as Exhibit C), Ms. Caditz is admitted to the bars of the States of Washington and Colorado, and is also admitted to practice in various Federal Courts.

Messrs. Carraway and Davis and Ms. Caditz are each members in good standing in every jurisdiction in which they have been admitted to practice, have no disciplinary proceedings pending against them, and are familiar with the Local Rules of the United States District Court for the District of Massachusetts.  See Exhibits A-C.

Steven M. Bauer and Kimberly A. Mottley, members in good standing of the bar of this Court, have entered appearances in this action and will act as co-counsel for the Defendants.

WHEREFORE, it is respectfully requested that Attorneys Carraway, Davis and Caditz be admitted *pro hac vice* to appear on behalf of Defendant Earth Products, Inc.


Date: August 16, 2006				Respectfully submitted,


						/s/ Steven M. Bauer
						Steven M. Bauer
						Kimberly Ann Mottley
						Proskauer Rose LLP
						One International Place
						22nd Floor
						Boston, MA 02110
						617-526-9700
						Fax: 617-526-9899
						Email: sbauer@proskauer.com
						Email: kmottley@proskauer.com


						ATTORNEYS FOR DEFENDANT
						EARTH PRODUCTS, INC.

**CERTIFICATE PURSUANT TO CIVIL LOCAL RULE 7.1**

I certify that on June 16, 2006, counsel for defendant Earth Products, Inc., spoke with counsel for plaintiffs Meynard Designs, Inc. and Earth Visions Inc., and counsel for Plaintiff assented to this motion.

/s/ Steven M. Bauer
Steven M. Bauer

**CERTIFICATE OF SERVICE**

I certify that, on this 16th day of August, 2006, the Motion for Admission *Pro Hac Vice* filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

/s/ Steven M. Bauer
Steven M. Bauer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH VISIONS INC.<br><br>Plaintiffs,<br><br>v.<br><br>EARTH PRODUCTS INC.<br><br>Defendant. | CIVIL ACTION NO. 05 cv 11781 NMG |

### **DECLARATION OF J. CHRISTOPHER CARRAWAY**

I, J. Christopher Carraway, declare that the following is true and correct under penalty of perjury, pursuant to 28 U.S. C. §1746:

1.  I am an attorney at law and partner in the law firm of Klarquist Sparkman, LLP, with offices located at 121 S.W. Salmon Street, Suite 1600, Portland, Oregon 97204.

2.  I am admitted to the bars of the States of Oregon and Colorado, and am also admitted to practice in the following Federal Courts: the United States Court of Appeals for the Seventh Circuit and the Federal Circuit and the United States District Court for the District of Oregon, and the Eastern and Western Districts of Wisconsin.

3.  I am in good standing in every jurisdiction in which I have been admitted to practice.

4.  There are no disciplinary proceedings pending against me in any court or jurisdiction.

1

5. I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

Date: August *15*, 2006

_____
J. Christopher Carraway
chris.carraway@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: 503-595-5300
Facsimile: 503-595-5301

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH VISIONS INC.<br><br>Plaintiffs,<br><br>v.<br><br>EARTH PRODUCTS INC.<br><br>Defendant. | CIVIL ACTION NO. 05 cv 11781 NMG |

### **DECLARATION OF SCOTT E. DAVIS**

I, Scott E. Davis, declare that the following is true and correct under penalty of perjury, pursuant to 28 U.S. C. §1746:

1.    I am an attorney at law and associate in the law firm of Klarquist Sparkman, LLP, with offices located at 121 S.W. Salmon Street, Suite 1600, Portland, Oregon 97204.

2.    I am admitted to the bars of the States of Oregon and California, and am also admitted to practice in the following Federal Courts: the United States Court of Appeals for the Ninth Circuit and the Federal Circuit and the United States District Court for the Central District of California and the District of Oregon.

3.    I am in good standing in every jurisdiction in which I have been admitted to practice.

4.    There are no disciplinary proceedings pending against me in any court or jurisdiction.

1

5.  I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

Date: August 10, 2006

Scott E. Davis
scott.davis@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: 503-595-5300
Facsimile: 503-595-5301

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH VISIONS INC.<br><br>Plaintiffs,<br><br>v.<br><br>EARTH PRODUCTS INC.<br><br>Defendant. | CIVIL ACTION NO. 05 cv 11781 NMG |

## DECLARATION OF CINDY L. CADITZ

I, Cindy L. Caditz, declare that the following is true and correct under penalty of perjury, pursuant to 28 U.S. C. §1746:

1. I am an attorney at law and counsel with the law firm of Klarquist Sparkman, LLP, with offices located at One Union Square, 600 University Street, Seattle, WA 98101.

2. I am admitted to the bars of the States of Washington and Colorado, and am also admitted to practice in the following Federal Courts: the United States District Court for the Western District of Washington, the Eastern District of Washington, and the District of Colorado and the United States Court of Appeals for the Ninth Circuit Court and the Federal Circuit.

3. I am in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me in any court or jurisdiction.

1

5. I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

Date: August 10, 2006

_____
Cindy L. Caditz
Cindy.caditz@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: 503-595-5300
Facsimile: 503-595-5301