IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MEYNARD DESIGNS, INC. AND<br>EARTH VISIONS INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>EARTH PRODUCTS, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 05-11781-NMG<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2(a), please enter the appearance of Gina Lombardo, Esq. of Proskauer Rose LLP as counsel for Defendant, Earth Products, Inc.

        Respectfully submitted,

        Earth Products, Inc.,

        *By its attorneys*,

        /s/ Gina Lombardo
        Steven M. Bauer, Esq. BBO# 542531
        Kimberly A. Mottley, Esq. BBO# 651190
        Gina Lombardo, Esq. BBO# 664839
        PROSKAUER ROSE LLP
        One International Place
        Boston, MA 02110
        (617) 526-9600

Dated: August 16, 2006

-2-

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was served by first class mail, postage prepaid, on all counsel of record, this 16th day of August, 2006.

                                                  /s/ Gina Lombardo
                                                Gina Lombardo