AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____MASSACHUSETTS_____

MEYNARD DESIGNS, INC. AND EARTH VISIONS INC.

V.

EARTH PRODUCTS INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   05 cv 11781 NMG

TO: (Name and address of Defendant)

Philippe Meynard
Planet, Inc.
135 Second Avenue
Waltham, MA 02451

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven M. Bauer, Esq.
Kimberly A. Mottley, Esq.
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

AUG 16 2006

CLERK                                                                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] || DATE   August 16, 2006 |
| NAME OF SERVER (PRINT)   Andrew Jones || TITLE   Process Server |
| Check one box below to indicate appropriate method of service |||
| ☒ Served personally upon the defendant. Place where served: **Planet, Inc. 135 Second Ave.  Waltham, MA 02451** |||
| ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.   Name of person with whom the summons and complaint were left: |||
| ☐ Returned unexecuted: |||
| ☐ Other (specify): |||
| STATEMENT OF SERVICE FEES |||
| TRAVEL | SERVICES | TOTAL   $0.00 |
| DECLARATION OF SERVER |||
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.   Executed on  August 17, 2006      *[signature]*   Date                          Signature of Server       11 Beacon St. #720 Boston, MA 02108   Address of Server |||

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.