IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH VISIONS INC., <br><br> Plaintiffs, <br><br> v. <br><br> EARTH PRODUCTS INC., <br><br> Defendant. | CIVIL ACTION NO. 05 CV 11781 NMG |
| EARTH PRODUCTS INC. <br><br> Counterclaim-Plaintiff and Third Party Complaint Plaintiff, <br><br> v. <br><br> MEYNARD DESIGNS, INC., EARTH VISIONS INC., AND PLANET, INC., <br><br> Counterclaim-Defendants, <br><br> PLANET, INC. <br><br> Third Party Defendant. | |

**<u>CORPORATE DISCLOSURE STATEMENT UNDER FED. R. CIV. P. 7.1</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, the undersigned counsel for Planet, Inc., a private non-governmental party, certifies that Planet, Inc. has no parent corporations, and that there are no publicly held companies that hold more than 10% of stock in Planet, Inc.

1074625.1

Respectfully submitted,

PLANET, INC.,

By its attorneys,

Dated: September 5, 2006

   /s/ Michael Albert   
Michael Albert, BBO # 558566
David Wolf, BBO # 532160
Laura Topper, BBO # 652364
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel. 617 646.8000
Fax 617 646.8646

**Certificate of Service**

  I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

   /s/ Hunter Keeton