IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH VISIONS INC.,<br><br>Plaintiffs,<br><br>v.<br><br>EARTH PRODUCTS INC.,<br><br>Defendant. | CIVIL ACTION NO. 05 CV 11781 NMG |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, please enter my appearance on behalf of Plaintiffs Meynard Designs, Inc. and Earth, Inc. (name changed from Earth Visions Inc.), and third-party Defendant Planet, Inc..

Respectfully submitted,

Dated: September 13, 2006

　　　/s/ Hunter Keeton_____
Hunter Keeton, BBO # 660609
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel.  617 646.8000
Fax  617 646.8646

## Certificate of Service

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

　　　/s/ Hunter Keeton_____

1079683.1