IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH VISIONS INC.<br><br><br>Plaintiffs,<br><br>v.<br><br>EARTH PRODUCTS INC.<br><br><br>Defendant. | CIVIL ACTION NO. 05 cv 11781 NMG |
| EARTH PRODUCTS INC.,<br><br><br>Counterclaim-Plaintiff and<br>Third Party Plaintiff<br><br>v.<br><br>MEYNARD DESIGNS, INC.<br>AND EARTH VISIONS INC.,<br><br><br>Counterclaim-Defendants,<br><br>PLANET, INC.,<br><br>Third Party Defendant. | |

**EARTH PRODUCTS INC.'S INITIAL
DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)**

Pursuant to Fed. R. Civ. P. 26(a)(1), Defendant and Counterclaim-Plaintiff Earth

Products, Inc. ("Earth Products") makes the following initial disclosures.  The initial disclosures

are based on information now reasonably available and Earth Products' current understanding of

the claims and defenses in this case.  Earth Products is not providing information not reasonably available at this time.  Earth Products reserves the right to object to discovery into any listed subject matter.  Earth Products reserves the right to supplement these initial disclosures pursuant to Fed. R. Civ. P. 26(e) as more information becomes known to Earth Products and as the claims and defenses of other parties are more clearly explained and understood.

A.    Witnesses

Earth Products identifies the following potential witnesses who, based on information and belief at this time, may have discoverable information relevant to claims and defenses in the above-titled action, along with the possible subjects of their testimony.  Some individuals will likely have more knowledge than others, and the knowledge of many of the individuals will likely be overlapping.  Those listed below who are Earth Products employees may be contacted in this action only through Earth Products' undersigned counsel.

| Name | Contact Information | Possible Knowledge |
| --- | --- | --- |
| Ascari Tshaka | Unknown | Use/abandonment of EARTH and/or EARTH SHOE marks |
| Gustave Hulkower | Unknown | Use/abandonment of EARTH and/or EARTH SHOE marks |
| Caprice Scott-Leggatt | Mondial Trading Co. Cayman Islands | Use of EARTH and/or EARTH SHOE marks by Meynard |
| Kareen Walter | Mondial Trading Co. Cayman Islands | Use of EARTH and/or EARTH SHOE marks by Meynard |
| E.J. Christian | Mondial Trading Co. Cayman Islands | Use of EARTH and/or EARTH SHOE marks by Meynard |
| David Wolf | Wolf Greenfield | Fraud in obtaining EARTH trademark registrations; purported assignment of EARTH and EARTH SHOE marks from Tonus, Inc.; Purported assignment of EARTH and EARTH SHOE marks from Mondial Trading |
| Kenneth Cummins | Law office of Kenneth Cummins | Purported assignment of EARTH and EARTH SHOE marks from Tonus, Inc. |
| David Jonah | Unknown at this time | Use of EARTH and/or EARTH SHOE marks by Meynard |
| Marina (last name | Unknown at this time | Knowledge of responses to inquiries to |

| | | EARTH message board at www.earthfootwear.com |
|---|---|---|
| Arlette Meynard | Wolf Greenfield | Use of EARTH and/or EARTH SHOE marks by Meynard |
| Michel Meynard | Wolf Greenfield | Use of EARTH and/or EARTH SHOE marks by Meynard |
| Philippe Meynard | Wolf Greenfield | Use of EARTH and/or EARTH SHOE marks by Meynard |
| Unknown employees of Wal-Mart | Unknown at this time | Use of EARTH and EARTH SHOE marks by Wal-Mart |
| Unknown employees of Nordstrom, Whole Foods, REI, Walking Company, Roots and other retailers | Unknown at this time | Sales of products using EARTH and/or EARTH SHOE marks |
| Jeff Larsen | Earth Products | Adoption and use of EARTH mark by Earth Products |
| Chris Miller | Earth Products | Adoption and use of EARTH mark by Earth Products |
| Jim Behringer | Earth Products | Adoption and use of EARTH mark by Earth Products |

(unknown) appears in the first cell's first column.

In addition to those individuals specifically identified above, Earth Products also incorporates the names of other current or former Earth Products employees found in documents that may be produced in this action, who may have discoverable information related to the subject matter set forth in those documents. Earth Products also incorporates by reference the identities of individuals who may submit declarations in this case or whose names appear in pleadings and papers filed in this case.

B.    Documents

Pursuant to Fed. R. Civ. P. 26(a)(1)(B), Earth Products identifies the following general categories of "documents, data compilations, and tangible things" within Earth Products' "possession, custody, or control" that Earth Products might use to support its claims or defenses.

1.    Advertisements, product packaging, hangtags, catalogs, and other promotional and marketing materials relating to adoption and use of the EARTH trademark.

2.    Documents summarizing financial and market results of products and services offered by Earth Products under the EARTH trademark.

3.    Documents summarizing expenditures on advertising, promoting, and marketing of products and services offered by Earth Products under the EARTH trademark.

4.    Documents relating to consumer opinions of products and services offered by Earth Products under the EARTH trademark.

5.    Other documents that generally relate to products and services offered by Earth Products under the EARTH trademark.

6.    Documents regarding third-party use of EARTH and/or EARTH SHOE trademarks.

The categories of documents listed below are located either in the files of K-2 Corporation in Seattle, Washington or in the files of Earth Products in Carlsbad, California. Earth Products preserves its objections to production of specific documents and categories of documents until expressly requested by a defendant.  In addition, a protective order sufficient to protect Earth Products' confidential information will need to be entered prior to production of any confidential documents.  Furthermore, at this time, the other parties in this case have not provided a clear explanation of their claims and defenses.  Thus, Earth Products' disclosure of potential documents relevant to its claims and defenses is as accurate as possible given the other parties' limited explanations to date.  Earth Products reserves the right to supplement these disclosures of categories of documents once defendants' explanations are clarified.

C.    <u>Computation of Damages</u>

Earth Products seeks damages adequate to compensate it for the infringement, unfair competition, false designation of origin, violations of the various state business laws, and false

and fraudulent registrations of the Meynard Entities. Earth Products also seeks exceptional

damages to Earth Products pursuant to 15 U.S.C. § 1117, Mass. Gen. L. ch. 93A and all other

applicable laws, plus reasonable attorney's fees and costs incurred in this matter. Earth Products'

damages are based primarily on the Meynard Entities' profits, and thus Earth Products cannot

provide a determination of the amount of damages until reviewing the Meynard Entities'

documents disclosing the extent of those activities. Earth Products may also be entitled to other

damages available by statute and reserves the right to seek such damages after taking discovery

regarding facts relevant to such damages. Earth Products' attorney fees will be an amount that

will only be known at the action's completion.

      D.    <u>Insurance Agreements</u>

Earth Products is not aware of any insurance agreement relevant to this action under Fed.

R. Civ. P. 26(a)(1)(D).


Dated:  September 14, 2006      By:  /s/ Gina Lombardo

      **Gina Lombardo**
      Email:  glombardo@proskauer.com
      **Kimberly A. Mottley**
      Email:  kmottley@proskauer.com
      **PROSKAUER ROSE LLP**
      One International Place
      Boston, MA 02110-2600
      Phone: 617.526.9606
      Fax:  617.526.9899


      **J. Christopher Carraway**
      Email:  chris.carraway@klarquist.com
      **Cindy L. Caditz**
      Email: cindy.caditz@klarquist.com
      **KLARQUIST SPARKMAN, LLP**
      121 S.W. Salmon Street, Suite 1600
      Portland, OR  97204
      Phone:  503-595-5300
      Fax:  503-595-5301


      *Attorneys for Earth Products Inc.*

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on September 14, 2006, a true copy of the

foregoing **EARTH PRODUCTS INC.'S INITIAL DISCLOSURES PURSUANT TO FED.**

**R. CIV. P. 26(a),** was served via hand delivery (in addition to the Court's ECF service) to:

> Michael Albert
> David Wolf
> Laura Topper
> WOLF, GREENFIELD & SACKS, P.C.
> 600 Atlantic Avenue
> Boston, Massachusetts 02210
>
> *Attorneys for Plaintiffs, Meynard Designs, Inc.*
> *Earth Inc., and Planet, inc.*

By:____/s/ Gina Lombardo
Gina Lombardo

**CERTIFICATE OF SERVICE**