IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH VISIONS INC.<br><br>   Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>EARTH PRODUCTS, INC.<br><br>   Defendant and Counterclaim-Plaintiff. | |
| EARTH PRODUCTS INC.<br><br>   Third-Party Plaintiff Counterclaim-Defendant,<br><br>v.<br><br>PLANET, INC.<br><br>   Third-Party Defendant and Counterclaim-Plaintiff. | CIVIL ACTION NO. 05 cv 11781 NMG |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(d)**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(d), the Parties hereby provide their Joint Statement discussing the issues set forth in Local Rule 16.1(d).

**I.      INTRODUCTION**

This case is one of two currently pending in this Court between the parties on substantially the same issues. The parties have jointly submitted a motion to consolidate the cases.

The Parties participated in a conference pursuant to Fed. R. Civ. P. 26(f) on September 13, 2006.

**II.     PROPOSED PRETRIAL SCHEDULE FOR CONSOLIDATED ACTIONS**

The parties propose the following schedule for the consolidated actions:

1087164.1

| Event | Time After Scheduling Conference |
|---|---|
| Rule 26(a)(1) Initial Disclosures | 5 days |
| Addition of Parties | 60 days |
| Filing of Amended Pleadings | 120 days |
| Fact Discovery Closes | 270 days |
| Initial Expert Reports[1] | 300 days |
| Rebuttal Expert Reports | 330 days |
| Expert Discovery Closes | 360 days |
| Filing of Dispositive Motions | 390 days |
| Final Pretrial Conference (Parties Ready for Trial) | 440 days if no dispositive motions filed, or 60 days after a ruling on dispositive motions |

## III.    PROPOSED DISCOVERY LIMITS

The Parties presently believe that written discovery can be completed within the limitations set by the Federal and Local Civil Rules, with the following exceptions. The Parties expect that significant third-party discovery may be needed due to the facts and issues present in this case, and therefore the 10-deposition limit of Fed. R. Civ. P. 30 and Local Rule 26.1(C) should be revised to limit the Parties instead to 90 hours of deposition time per side, including both direct and cross-examination by that side. The parties also propose that the limit on the number of interrogatories allowed under Fed. R. Civ. P. 33 and Local Rule 26.1(C) be raised from 25 to 50 interrogatories. The Parties also reserve the right to seek additional written or deposition discovery if the facts result in additional discovery being needed.

The Parties plan to jointly propose and request the entry of an appropriate Protective Order to ensure the confidentiality and safety of proprietary records disclosed or produced by any Party in this litigation, or by any third-party from whom discovery is obtained.

## IV.    TRIAL

The Parties have all requested a jury trial of all issues so triable. The Parties believe that trial of this case will require between 6 and 10 days.

---

[1] "Initial Expert Reports" refer to those expert reports regarding issues on which the party has the burden of proof at trial. "Rebuttal Expert Reports" are all other expert reports. The expert report deadlines also represent the deadline for disclosures of the relevant expert's identity.

1087164.1

V.  **MAGISTRATE JUDGE**

The Parties are not prepared to a trial by a Magistrate Judge at this time.

VI.  **LOCAL RULE 16.1(D)(3) CERTIFICATIONS**

The Certifications from counsel and the Parties required by Local Rule 16.1(D)(3) are attached hereto, or will be individually filed.

Respectfully submitted on October 2, 2006,

_/s/ Michael Albert_  
Michael Albert, BBO # 558566  
malbert@wolfgreenfield.com  
David Wolf, BBO # 532160  
dwolf@wolfgreenfield.com  
Laura Topper, BBO # 652364  
ltopper@wolfgreenfield.com  
WOLF, GREENFIELD & SACKS, P.C.  
600 Atlantic Avenue  
Boston, Massachusetts 02210  
Tel. 617 646.8000  
Fax 617 646.8646  

COUNSEL FOR  
MEYNARD DESIGNS, INC.,  
EARTH, INC., and  
PLANET, INC.

_/s/ Chris Carraway_  
Chris Carraway (admitted pro hac vice)  
christopher.carraway@klarquist.com  
KLARQUIST SPARKMAN, LLP  
121 SW Salmon Street, Suite 1600  
Portland, Oregon 97204  

Cindy L. Caditz (admitted pro hac vice)  
cindy.caditz@klarquist.com  
KLARQUIST SPARKMAN, LLP  
One Union Square  
600 University Street, Suite 2950  
Seattle, WA 98101  

Steven M. Bauer  
sbauer@proskauer.com  
Kimberly A. Mottley  
kmottley@proskauer.com  
Gina Lombardo  
glombardo@proskauer.com  
PROSKAUER ROSE LLP  
One International Place  
Boston, MA 02110  

COUNSEL FOR EARTH  
PRODUCTS, INC.

1087164.1

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 2, 2006, a true copy of the foregoing **JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(d)** was served via e-mail (in addition to the Court's ECF service) to:

        Michael Albert
        David Wolf
        Laura Topper
        WOLF, GREENFIELD & SACKS, P.C.
        600 Atlantic Avenue
        Boston, Massachusetts 02210

        *Attorneys for Meynard Designs, Inc,*
        *Earth Visions Inc., and Planet, Inc.*

        By: /s/ J. Christopher Carraway
            **J. Christopher Carraway**
            **KLARQUIST SPARKMAN, LLP**
            121 S.W. Salmon Street, Suite 1600
            Portland, Oregon  97204

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH VISIONS INC.<br><br>    Plaintiffs and<br>    Counterclaim-Defendants,<br><br>v.<br><br>EARTH PRODUCTS INC.<br><br>    Defendant and<br>    Counterclaim-Plaintiff.<br><br>EARTH PRODUCTS INC.<br><br>    Third-Party Plaintiff<br>    Counterclaim-Defendant,<br><br>v.<br><br>PLANET, INC.<br><br>    Third-Party Defendant and<br>    Counterclaim-Plaintiff. | CIVIL ACTION NO. 05 cv 11781 NMG |

**EARTH PRODUCTS INC.'S CERTIFICATION
PURSUANT TO LOCAL RULE 16.1(d)(3)**

      Earth Products Inc.'s counsel and authorized representative affirm, pursuant to Local Rule 16.1(d)(3)**,** that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation. They further affirm they have conferred and considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: September 29, 2006

By: _____
Jeff Larsen
*President, Earth Products Inc.*

Dated: October 2, 2006

By: _____
J. Christopher Carraway (*pro hac vice*)
Email: chris.carraway@klarquist.com
Cindy L. Caditz (*pro hac vice*)
Email: cindy.caditz@klarquist.com
Scott E. Davis (*pro hac vice*)
Email: scott.davis@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Phone: 503-595-5300
Fax: 503-595-5301

Steven M. Bauer, BBO# 542531
Email: sbauer@proskauer.com
Kimberly A. Mottley, BBO# 651190
Email: kmottley@proskauer.com
PROSKAUER ROSE LLP
One International Place
Boston, Massachusetts 02110
Phone: 617-646-8000
Fax: 617-646-8646

*Attorneys for Earth Products Inc*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH VISIONS INC., <br><br> Plaintiffs and Counterclaim Defendant, <br><br> v. <br><br> EARTH PRODUCTS INC., <br><br> Defendant and Counterclaim Plaintiff. <br><br> EARTH PRODUCTS INC. <br><br> Third Party Plaintiff, Counterclaim-Defendant <br><br> v. <br><br> PLANET, INC. <br><br> Third-Party Defendant, Counterclaim-Plaintiff. | CIVIL ACTION NO. 05 CV 11781 NMG |

### Meynard Designs, Inc.'s Certification Pursuant to Local Rule 16.1(D)(3)

Meynard's counsel and Meynard's authorized representative affirm, pursuant to Local Rule 16.1(D)(3), that they have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation. They further affirm they have conferred and considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| **Meynard Designs, Inc.** | **Counsel for Meynard Designs, Inc.** |
|---|---|
| By _____ <br> Philippe Meynard <br> President | _____ <br> Michael Albert, BBO # 558566 <br> malbert@wolfgreenfield.com <br> David Wolf, BBO # 532160 <br> dwolf@wolfgreenfield.com <br> Laura Topper, BBO # 652364 <br> ltopper@wolfgreenfield.com <br> WOLF, GREENFIELD & SACKS, P.C. <br> 600 Atlantic Avenue <br> Boston, Massachusetts 02210 <br> Tel. 617 646.8000 <br> Fax 617 646.8646 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH VISIONS INC., <br><br> Plaintiffs and Counterclaim Defendant, <br><br> v. <br><br> EARTH PRODUCTS INC., <br><br> Defendant and Counterclaim Plaintiff. | CIVIL ACTION NO. 05 CV 11781 NMG |
| EARTH PRODUCTS INC. <br><br> Third Party Plaintiff, Counterclaim-Defendant <br><br> v. <br><br> PLANET, INC. <br><br> Third-Party Defendant, Counterclaim-Plaintiff | |

### Earth, Inc.'s Certification Pursuant to Local Rule 16.1(D)(3)

Earth, Inc.'s[1] counsel and Earth, Inc.'s authorized representative affirm, pursuant to Local Rule 16.1(D)(3), that they have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation. They further affirm they have conferred and considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

---

[1] Earth, Inc. was formerly named Earth Visions Inc.

| | |
|---|---|
| **Earth, Inc.**<br><br>By _____/s/_____<br>Philippe Meynard<br>President | **Counsel for Earth, Inc.**<br><br>_____/s/_____<br>Michael Albert, BBO # 558566<br>malbert@wolfgreenfield.com<br>David Wolf, BBO # 532160<br>dwolf@wolfgreenfield.com<br>Laura Topper, BBO # 652364<br>ltopper@wolfgreenfield.com<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, Massachusetts 02210<br>Tel.  617 646.8000<br>Fax  617 646.8646 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH VISIONS INC.,<br><br>  Plaintiffs and Counterclaim Defendant,<br>v.<br>EARTH PRODUCTS INC.,<br><br>  Defendant and Counterclaim Plaintiff.<br><hr>EARTH PRODUCTS INC.<br><br>  Third Party Plaintiff, Counterclaim-Defendant<br>v.<br>PLANET, INC.<br><br>  Third-Party Defendant, Counterclaim-Plaintiff. | CIVIL ACTION NO. 05 CV 11781 NMG |

### Planet, Inc.'s Certification Pursuant to Local Rule 16.1(D)(3)

Planet, Inc.'s counsel and Planet, Inc.'s authorized representative affirm, pursuant to Local Rule 16.1(D)(3), that they have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation. They further affirm they have conferred and considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

1085485.1                                         1

| Planet, Inc. | Counsel for Planet, Inc. |
|---|---|
| By _____<br>Philippe Meynard<br>President | _____<br>Michael Albert, BBO # 558566<br>malbert@wolfgreenfield.com<br>David Wolf, BBO # 532160<br>dwolf@wolfgreenfield.com<br>Laura Topper, BBO # 652364<br>ltopper@wolfgreenfield.com<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, Massachusetts 02210<br>Tel.  617 646.8000<br>Fax  617 646.8646 |