IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH VISIONS INC., <br><br> Plaintiffs and Counterclaim Defendant, <br><br> v. <br><br> EARTH PRODUCTS INC., <br><br> Defendant and Counterclaim Plaintiff. | CIVIL ACTION NO. 05 CV 11781 NMG |
| EARTH PRODUCTS INC. <br><br> Third Party Plaintiff, Counterclaim-Defendant <br><br> v. <br><br> PLANET, INC. <br><br> Third-Party Defendant, Counterclaim-Plaintiff. | |

## Meynard Designs, Inc.'s Certification Pursuant to Local Rule 16.1(D)(3)

Meynard's counsel and Meynard's authorized representative affirm, pursuant to Local Rule 16.1(D)(3), that they have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation. They further affirm they have conferred and considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

1085475.1                                            1

| Meynard Designs, Inc. | Counsel for Meynard Designs, Inc. |
|---|---|
| By _____<br>Philippe Meynard<br>President | _____<br>Michael Albert, BBO # 558566<br>malbert@wolfgreenfield.com<br>David Wolf, BBO # 532160<br>dwolf@wolfgreenfield.com<br>Laura Topper, BBO # 652364<br>ltopper@wolfgreenfield.com<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, Massachusetts 02210<br>Tel.  617 646.8000<br>Fax  617 646.8646 |