IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH VISIONS INC.<br><br>   Plaintiffs and<br>   Counterclaim-Defendants,<br><br>v.<br><br>EARTH PRODUCTS INC.<br><br>   Defendant and<br>   Counterclaim-Plaintiff.<br><br>EARTH PRODUCTS INC.<br><br>   Third-Party Plaintiff<br>   Counterclaim-Defendant,<br><br>v.<br><br>PLANET, INC.<br><br>   Third-Party Defendant and<br>   Counterclaim-Plaintiff. | CIVIL ACTION NO. 05 cv 11781 NMG |

**EARTH PRODUCTS INC.'S CERTIFICATION
PURSUANT TO LOCAL RULE 16.1(d)(3)**

   Earth Products Inc.'s counsel and authorized representative affirm, pursuant to Local Rule 16.1(d)(3), that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation.  They further affirm they have conferred and considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: September 29, 2006

By: _____
Jeff Larsen
*President, Earth Products Inc.*

Dated: October 2, 2006

By: _____
J. Christopher Carraway (*pro hac vice*)
Email: chris.carraway@klarquist.com
Cindy L. Caditz (*pro hac vice*)
Email: cindy.caditz@klarquist.com
Scott E. Davis (*pro hac vice*)
Email: scott.davis@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Phone: 503-595-5300
Fax: 503-595-5301

Steven M. Bauer, BBO# 542531
Email: sbauer@proskauer.com
Kimberly A. Mottley, BBO# 651190
Email: kmottley@proskauer.com
PROSKAUER ROSE LLP
One International Place
Boston, Massachusetts 02110
Phone: 617-646-8000
Fax: 617-646-8646

*Attorneys for Earth Products Inc*