IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH VISIONS INC.,<br><br>       Plaintiffs and Counterclaim Defendant,<br><br>v.<br><br>EARTH PRODUCTS INC.,<br><br>       Defendant and Counterclaim Plaintiff. | CIVIL ACTION NO. 05 CV 11781 NMG |
| EARTH PRODUCTS INC.<br><br>       Third Party Plaintiff, Counterclaim-Defendant<br><br>v.<br><br>PLANET, INC.<br><br>       Third-Party Defendant, Counterclaim-Plaintiff. | |

## UNOPPOSED MOTION FOR AMENDMENT OF CASE CAPTION

Earth, Inc., formerly Earth Visions Inc., hereby requests that its identification be corrected to accurately reflect its current corporate name. Earth Visions Inc. has changed its name to Earth, Inc., as evidenced in the attached Exhibit A. All parties have consented to the requested correction

1074757.1

WHEREFORE, Earth, Inc. hereby requests that the caption be changed to reflect its current name.

## LOCAL RULE 7.1 CERTIFICATION

The undersigned certifies that counsel for the parties conferred in good faith prior to the filing of this motion.  Counsel for Earth Products, Inc. indicated that Earth Products would not oppose this motion.

Respectfully submitted,

EARTH, INC.,
By its attorneys,


Dated: February 15, 2007            _/s/ Hunter Keeton_____
                                    Michael Albert, BBO # 558566
                                    malbert@wolfgreenfield.com
                                    Laura Topper, BBO # 652364
                                    ltopper@wolfgreenfield.com
                                    Hunter Keeton, BBO # 660609
                                    hkeeton@wolfgreenfield.com
                                    WOLF, GREENFIELD & SACKS, P.C.
                                    600 Atlantic Avenue
                                    Boston, Massachusetts 02210
                                    Tel.  617 646.8000
                                    Fax  617 646.8646

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

/s/ Hunter Keeton



# The Commonwealth of Massachusetts

**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

FORM MUST BE TYPED  **Articles of Amendment**  FORM MUST BE TYPED
(General Laws Chapter 156D, Section 10.06; 950 CMR 113.34)

(1) Exact name of corporation:  EARTH VISIONS INC.  000883257

(2) Registered office address: 135 Second Avenue, Waltham, MA  02451
*(number, street, city or town, state, zip code)*

(3) These articles of amendment affect article(s):  I
*(specify the number(s) of article(s) being amended (I-VI))*

(4) Date adopted:  June 21, 2006
*(month, day, year)*

(5) Approved by:

*(check appropriate box)*

☐  the incorporators.

☐  the board of directors without shareholder approval and shareholder approval was not required.

☑  the board of directors and the shareholders in the manner required by law and the articles of organization.

(6) State the article number and the text of the amendment.  Unless contained in the text of the amendment, state the provisions for implementing the exchange, reclassification or cancellation of issued shares.

ARTICLE I is hereby amended to change the name of the Corporation from EARTH VISIONS INC. to EARTH, INC.

P.C.

12-17-2004

c156ds1006950c11334 01/13/05

To change the number of shares and the par value, * if any, of any type, or to designate a class or series, of stock, or change a designation of class or series of stock, which the corporation is authorized to issue, complete the following:

Total authorized prior to amendment:

| WITHOUT PAR VALUE | | WITH PAR VALUE | | |
|---|---|---|---|---|
| TYPE | NUMBER OF SHARES | TYPE | NUMBER OF SHARES | PAR VALUE |
| | | | | |
| | | | | |
| | | | | |

Total authorized after amendment:

| WITHOUT PAR VALUE | | WITH PAR VALUE | | |
|---|---|---|---|---|
| TYPE | NUMBER OF SHARES | TYPE | NUMBER OF SHARES | PAR VALUE |
| | | | | |
| | | | | |
| | | | | |

(7) The amendment shall be effective at the time and on the date approved by the Division, unless a later effective date not more than 90 days from the date and time of filing is specified: _____

*G.L. Chapter 156D eliminates the concept of par value, however a corporation may specify par value in Article III. See G.L. Chapter 156D, Section 6.21, and the comments relative thereto.

Signed by: _____,

Philippe Meynard                    *(signature of authorized individual)*

☐   Chairman of the board of directors,

☑   President,

☐   Other officer,

☐   Court-appointed fiduciary,


on this _____21st_____ day of June _____ , 2006 _____ .

**EARTH LIMITED**
2 Southwick Street
Mendon, MA 01756


To:    Secretary of State
       Commonwealth of Massachusetts
       Corporate Division
       One Ashburton Place, 17th Fl.
       Boston, MA 02108

       Earth Visions, Inc.
       135 Second Avenue
       Waltham, MA 02451-1107


        The undersigned hereby consents to the use of the name of `"Earth, Inc." for all purposes by Earth Visions, Inc., a Massachusetts corporation, doing business in Massachusetts at 135 Second Avenue, Waltham, MA 02451-1107.


        Signed as a sealed instrument this _12_ day of July, 2006.


                                        Earth Limited

                                        By: _____
                                             Justine Brewer, President

09086066

# COMMONWEALTH OF MASSACHUSETTS

**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Articles of Amendment
### (General Laws Chapter 156D, Section 10.06; 950 CMR 113.34)

I hereby certify that upon examination of these articles of amendment, it appears that the provisions of the General Laws relative thereto have been complied with, and the filing fee in the amount of $ 100° having been paid, said articles are deemed to have been filed with me this 26 day of July, 20 06, at 12:11 a.m./p.m.
_time_

Effective date:_____
(must be within 90 days of date submitted)

WILLIAM FRANCIS GALVIN
_Secretary of the Commonwealth_

Filing fee:  Minimum filing fee $100 per article amended, stock increases $100 per 100,000 shares, plus $100 for each additional 100,000 shares or any fraction thereof.

Examiner

Name approval

C

M

## TO BE FILLED IN BY CORPORATION
Contact Information:

MEREK S. RUBIN, ESQ.

Rubin, Hay & Gould, P.C.

205 Newbury Street, Framingham, MA 01701

Telephone: (508) 875-5222

Email: _____

Upon filing, a copy of this filing will be available at www.sec.state.ma.us/cor. If the document is rejected, a copy of the rejection sheet and rejected document will be available in the rejected queue.

2005 JUL 26 PM 12: 11
SECRETARY OF THE
CORPORATION DIVISION

988250