IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH, INC.<br><br>        Plaintiffs and<br>        Counterclaim-Defendants,<br><br>v.<br><br>EARTH PRODUCTS, INC.<br><br>        Defendant and<br>        Counterclaim-Plaintiff. | |
| EARTH PRODUCTS, INC.<br><br>        Third-Party Plaintiff and<br>        Counterclaim-Defendant,<br><br>v.<br><br>PLANET, INC.<br><br>        Third-Party Defendant and<br>        Counterclaim-Plaintiff. | CIVIL ACTION NO. 05 cv 11781 NMG |

**STIPULATION AND REQUEST FOR**
**ENLARGEMENT OF WRITTEN DISCOVERY PERIOD**

Difficulties in production of documents and coordinating third party discovery have rendered the deadline to request written discovery impractical. The parties have conferred and respectfully request that the court enter the new deadlines for written discovery as follows:

| | Date Set Forth In Clerk's Notes | Proposed Date |
|---|---|---|
| Deadline to Request Written Discovery | April 30, 2007 | June 30, 2007 |
| Deadline For Responses to Written Discovery | May 31, 2007 | August 3, 2007 |

The enlargement requested does not affect the ultimate close of fact discovery, set for August 31, 2007, or any subsequent dates, and it is not expected to result in significant delay of the case.

Accordingly, through the undersigned counsel, the parties move that the Court amend the scheduling order as set forth above.

Respectfully submitted,

| | |
|---|---|
| /s/ Laura Topper | /s/ Christopher Carraway |
| Michael Albert, BBO # 558566 | Chris Carraway (admitted pro hac vice) |
| malbert@wolfgreenfield.com | christopher.carraway@klarquist.com |
| Laura Topper, BBO # 652364 | Scott E. Davis (admitted pro hac vice) |
| ltopper@wolfgreenfield.com | scott.davis@klarquist.com |
| WOLF, GREENFIELD & SACKS, P.C. | Derrick W. Toddy (admitted pro hac vice) |
| 600 Atlantic Avenue | derrick.toddy@klarquist.com |
| Boston, Massachusetts 02210 | KLARQUIST SPARKMAN, LLP |
| Tel.  617 646.8000 | 121 SW Salmon Street, Suite 1600 |
| Fax  617 646.8646 | Portland, Oregon 97204 |
| | |
| Counsel For | Steven M. Bauer |
| Meynard Designs, Inc., Earth, Inc., and | sbauer@proskauer.com |
| Planet, Inc. | Kimberly A. Mottley |
| | kmottley@proskauer.com |
| | Gina Lombardo |
| | glombardo@proskauer.com |
| | PROSKAUER ROSE LLP |
| | One International Place |
| | Boston, MA 02110 |
| | |
| | Counsel For |
| | Earth Products Inc. |

Dated:  April 4, 2007

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____          _____
                                                                    USDJ, United States District Court

## Certificate of Service

     I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                              /s/ Laura Topper