IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH, INC.<br><br>        Plaintiffs and<br>        Counterclaim-Defendants,<br><br>v.<br><br>EARTH PRODUCTS INC.<br><br>        Defendant and<br>        Counterclaim-Plaintiff. | |
| EARTH PRODUCTS INC.<br><br>        Third-Party Plaintiff and<br>        Counterclaim-Defendant,<br><br>v.<br><br>PLANET, INC.<br><br>        Third-Party Defendant and<br>        Counterclaim-Plaintiff. | CIVIL ACTION NO. 05 cv 11781 NMG |

**MEMORANDUM OF LAW IN SUPPORT OF UNOPPOSED MOTION BY DEFENDANT AND COUNTERCLAIM-PLAINTIFF EARTH PRODUCTS INC. FOR THE ISSUANCE OF A LETTER OF REQUEST**

Defendant and counterclaim-plaintiff Earth Products Inc. respectfully submits this memorandum of law in support of its unopposed motion for the issuance of a letter of request to obtain testimony and documents from witnesses in the Cayman Islands related to the above-captioned matter. A proposed order and letter of request are attached as Exhibits 1 and 2 to the Affidavit of Derrick W. Toddy, sworn to on June 5, 2007, in support of this motion (the "Toddy Affidavit").

The plaintiffs in this action allege that Earth Products Inc. is infringing trademarks owned by plaintiffs relating to the mark "EARTH." Earth Products Inc. is defending on multiple bases, including on the basis that the alleged marks were or have been abandoned, and are therefore invalid and/or unenforceable.

The persons named below have information of critical importance to the actions before the Court. Earth Products Inc. respectfully requests that the Court issue a letter of request to obtain their testimony and documents. The Court has the power to transmit such a letter of request to the appropriate authority in the Caymans pursuant to 28 U.S.C. § 1781 and the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, <u>opened for signature</u> Mar. 18, 1970, 23 U.S.T. 2555, 847 U.N.T.S. 231.

Earth Products Inc. therefore respectfully request that the Court (a) sign and have the Clerk affix the seal of the Court to the letter of request seeking testimony and documents from Thomas Clark and Kareen Watler, and (b) forward the original signed, sealed letter of request to the undersigned for delivery by local counsel in the Cayman Islands to His Excellency the Governor of the Cayman Islands, Government Administration Building, Elgin Avenue, George Town, Grand Cayman, Cayman Islands BWI3.

Dated: June 6, 2007                    By:    /s/ Derrick W. Toddy
                                        **J. Christopher Carraway** (*pro hac vice*)
                                        Email: chris.carraway@klarquist.com
                                        **Cindy L. Caditz** (*pro hac vice*)
                                        Email: cindy.caditz@klarquist.com
                                        **Scott E. Davis** (*pro hac vice*)
                                        Email: scott.davis@klarquist.com
                                        **Derrick W. Toddy** (*pro hac vice*)
                                        Email: derrick.toddy@klarquist.com
                                        **KLARQUIST SPARKMAN, LLP**
                                        121 S.W. Salmon Street, Suite 1600
                                        Portland, Oregon 97204
                                        Phone: 503-595-5300
                                        Fax: 503-595-5301

        **Steven M. Bauer, BBO# 542531**
        sbauer@proskauer.com
        **Kimberly A. Mottley, BBO# 651190**
        kmottley@proskauer.com
        **PROSKAUER ROSE LLP**
        One International Place
        Boston, MA 02110
        Phone:  617-646-8000
        Fax:  617-646-8646

        *Attorneys for Earth Products Inc.*