IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH VISIONS INC.<br><br>　　　　Plaintiffs and<br>　　　　Counterclaim-Defendants,<br><br>v.<br><br>EARTH PRODUCTS INC.<br><br>　　　　Defendant and<br>　　　　Counterclaim-Plaintiff.| |
| EARTH PRODUCTS INC.<br><br>　　　　Third-Party Plaintiff and<br>　　　　Counterclaim-Defendant,<br><br>v.<br><br>PLANET, INC.<br><br>　　　　Third-Party Defendant and<br>　　　　Counterclaim-Plaintiff. | CIVIL ACTION NO. 05 cv 11781 NMG |

**ASSENTED-TO MOTION TO ADMIT COUNSEL *PRO HAC VICE* FOR DEFENDANT**

　　　　I, Steven M. Bauer, a member of the bar of this Court, move pursuant to Local Rule 83.5.3 for the admission of attorney Lane M. Chitwood of the firm of Klarquist Sparkman, LLP, 121 S.W. Salmon Street, Suite 1600, Portland, Oregon 97204, as counsel for Earth Products Inc., in this action, *pro hac vice*.

　　　　As stated in the accompanying declaration (attached as Exhibit A), Mr. Chitwood is admitted to the bar of the State of Oregon, and is also admitted to practice in the United States District Court for the District of Oregon.

1

Mr. Chitwood is a member in good standing in every jurisdiction in which he has been admitted to practice, has no disciplinary proceedings pending against him, and is familiar with the Local Rules of the United States District Court for the District of Massachusetts. See Exhibit A. (Declaration of Lane M. Chitwood.)

Steven M. Bauer, a member in good standing of the bar of this Court, has entered an appearance in this action and will act as co-counsel for the Defendant.

WHEREFORE, it is respectfully requested that Attorney Lane M. Chitwood be admitted *pro hac vice* to appear on behalf of Defendant Earth Products Inc.

Date: June 21, 2007                Respectfully submitted,

<div style="margin-left: 3em;">

/s/ Steven M. Bauer
Steven M. Bauer
Proskauer Rose LLP
One International Place
22nd Floor
Boston, MA 02110
617-526-9700
Fax: 617-526-9899
Email: sbauer@proskauer.com


ATTORNEYS FOR DEFENDANT
EARTH PRODUCTS INC.

</div>

## CERTIFICATE PURSUANT TO CIVIL LOCAL RULE 7.1

I certify that on June 20, 2007, counsel for Defendant Earth Products Inc. spoke with counsel for Plaintiffs Meynard Designs, Inc. and Earth Visions, Inc., and counsel for Plaintiffs assented to this motion.

/s/ Steven M. Bauer
Steven M. Bauer

## CERTIFICATE OF SERVICE

I certify that, on this 21st day of June, 2007, the Motion for Admission *Pro Hac Vice* filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

/s/ Steven M. Bauer
Steven M. Bauer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH VISIONS INC.<br><br>Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>EARTH PRODUCTS INC.<br><br>Defendant and Counterclaim-Plaintiff.<br><br>EARTH PRODUCTS INC.<br><br>Third-Party Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>PLANET, INC.<br><br>Third-Party Defendant and Counterclaim-Plaintiff. | CIVIL ACTION NO. 05 cv 11781 NMG |

## DECLARATION OF LANE M. CHITWOOD

I, Lane M. Chitwood, declare that the following is true and correct under penalty of perjury, pursuant to 28 U.S.C. §1746:

1. I am an attorney at law and associate in the law firm of Klarquist Sparkman, LLP, with offices located at 121 S.W. Salmon Street, Suite 1600, Portland, Oregon 97204.

2. I am admitted to the bar of the State of Oregon, and am also admitted to practice in the United States District Court for the District of Oregon.

1

3. I am in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me in any court or jurisdiction.

5. I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

Date: June 20, 2006

Lane M. Chitwood
lane.chitwoiod@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: 503-595-5300
Facsimile: 503-595-5301

2