IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH VISIONS INC.<br><br>　　　　Plaintiffs and<br>　　　　Counterclaim-Defendants,<br><br>v.<br><br>EARTH PRODUCTS INC.<br><br>　　　　Defendant and<br>　　　　Counterclaim-Plaintiff.<br>_____<br>EARTH PRODUCTS INC.<br><br>　　　　Third-Party Plaintiff and<br>　　　　Counterclaim-Defendant,<br><br>v.<br><br>PLANET, INC.<br><br>　　　　Third-Party Defendant and<br>　　　　Counterclaim-Plaintiff. | CIVIL ACTION NO. 05 cv 11781 NMG |

**ASSENTED TO MOTION TO IMPOUND MATERIALS CITED
IN EARTH PRODUCTS' MOTION TO COMPEL AND
<u>DESIGNATED AS CONFIDENTIAL BY PLAINTIFFS</u>**

Pursuant to Local Rule 7.2 and Section 8 of the Stipulated Protective Order (Dkt. No.

30), Defendant Earth Products Inc. ("Earth Products") moves this Honorable Court for an Order

impounding and sealing Defendant Earth Products' Motion To Compel Plaintiffs To Supplement

Their Rule 26(a)(1) Initial Disclosures And Their Response To Interrogatory Number 9 ("Motion

to Compel") and Exhibits A and H to the Davis Declaration accompanying that Motion.  These

materials are not voluminous, comprising a brief—limited to 20 pages by Local Rule 7.1(b)(4)—and two exhibits together totaling approximately 12 pages.

This motion is necessitated by the fact that Plaintiffs designated two interrogatory responses quoted and discussed in Earth Products' Motion to Compel as confidential under the Stipulated Protective Order and, despite Earth Products' request, refused to de-designate such materials. Accordingly, Earth Products requests an order authorizing its Motion to Compel and Exhibits A and H to the associated Davis Declaration to be filed under seal and impounded.

The Clerk should impound these materials as described in Section 8 of the Stipulated Protective Order (Dkt. No. 30), *i.e.*, until 30 days after the conclusion of this case in this District Court.

Pursuant to Section 8 of the Stipulated Protective Order, Plaintiffs Meynard Designs, Inc. and Earth, Inc. and Third-Party Defendant Planet, Inc. have assented to this motion.

Dated: June 25, 2007                    By:    /s/ J. Christopher Carraway_____

**J. Christopher Carraway** (*pro hac vice*)
Email: chris.carraway@klarquist.com
**Cindy L. Caditz** (*pro hac vice*)
Email: cindy.caditz@klarquist.com
**Lane M. Chitwood** (*pro hac vice*)
Email: lane.chitwood@klarquist.com
**Scott E. Davis** (*pro hac vice*)
Email: scott.davis@klarquist.com
**Derrick W. Toddy** (*pro hac vice*)
Email: derrick.toddy@klarquist.com
**KLARQUIST SPARKMAN, LLP**
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Phone: 503-595-5300
Fax: 503-595-5301

**Steven M. Bauer, BBO# 542531**
sbauer@proskauer.com
**PROSKAUER ROSE LLP**
One International Place
Boston, Massachusetts 02110

Phone:  617-526-9600
Fax:  617-526-9899

*Attorneys for Earth Products Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that this ASSENTED TO MOTION TO IMPOUND MATERIALS CITED

IN EARTH PRODUCTS' MOTION TO COMPEL AND DESIGNATED AS CONFIDENTIAL

BY PLAINTIFFS is being filed through the Court's electronic filing system, which serves

counsel for other parties who are registered participants as identified on the Notice of Electronic

Filing (NEF).

Any counsel for other parties who are not registered participants are being served by first

class mail on the date of electronic filing.


Dated:  June 25, 2007                          By:    /s/ J. Christopher Carraway
                                                J. Christopher Carraway (*pro hac vice*)
                                                KLARQUIST SPARKMAN, LLP
                                                121 S.W. Salmon Street, Suite 1600
                                                Portland, Oregon  97204
                                                Phone:  503-595-5300
                                                Fax:  503-595-5301

                                                *Attorneys for Earth Products Inc.*