IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH VISIONS INC.,<br><br>    Plaintiffs and<br>    Counterclaim-Defendants,<br><br>v.<br><br>EARTH PRODUCTS INC.<br><br>    Defendant and<br>    Counterclaim-Plaintiff.<br><br>EARTH PRODUCTS INC.<br><br>    Third-Party Plaintiff and<br>    Counterclaim-Defendant,<br><br>v.<br><br>PLANET, INC.<br><br>    Third-Party Defendant and<br>    Counterclaim-Plaintiff. | CIVIL ACTION NO. 05 cv 11781 NMG |

## NOTICE OF MANUAL FILING

Please take notice that Defendant Earth Products Inc. has manually filed the following documents:

- Defendant Earth Products' Motion to Compel Plaintiffs to Supplement their Rule 26(A)(1) Initial Disclosures and their Response to Interrogatory Number 9; and

- Exhibits A and H to the Declaration of Scott E. Davis in Support of Defendant Earth Products' Motion to Compel.

These documents were not filed electronically because they have been filed under seal. These

documents have been served on all parties.

        Respectfully submitted,

/s/ Gina Lombardo
Steven M. Bauer (BBO #542531)
Gina Lombardo (BBO # 664839)
PROSKAUER ROSE LLP
One International Place
22nd Floor
Boston, MA 02110
Tel: 617-526-9600
Fax: 617-526-9899
Emails:
 sbauer@proskauer.com
 glombardo@proskauer.com


J. Christopher Carraway *(pro hac vice)*
Cindy L. Caditz *(pro hac vice)*
Lane M. Chitwood *(pro hac vice)*
Scott E. Davis *(pro hac vice)*
Derrick W. Toddy *(pro hac vice)*
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204
Phone: 503-595-5300
Fax: 503-595-5301
Emails:
chris.carraway@klarquist.com
cindy.caditz@klarquist.com
lane.chitwood@klarquiist.com
scott.davis@klarquist.com
derrick.toddy@klarquist.com


ATTORNEYS FOR DEFENDANT
EARTH PRODUCTS INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed through the ECF system on June 26, 2007 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Gina Lombardo
Gina Lombardo
