IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH, INC.<br><br>    Plaintiffs and<br>    Counterclaim-Defendants,<br><br>v.<br><br>EARTH PRODUCTS INC.<br><br>    Defendant and<br>    Counterclaim-Plaintiff.| |
| EARTH PRODUCTS INC.<br><br>    Third-Party Plaintiff and<br>    Counterclaim-Defendant,<br><br>v.<br><br>PLANET, INC.<br><br>    Third-Party Defendant and<br>    Counterclaim-Plaintiff. | CIVIL ACTION NO. 05 cv 11781 NMG |

**NOTICE OF MOTION AND UNOPPOSED MOTION BY DEFENDANT AND COUNTERCLAIM-PLAINTIFF EARTH PRODUCTS INC. FOR THE ISSUANCE OF A SECOND LETTER OF REQUEST**

PLEASE TAKE NOTICE that, upon the accompanying affidavit of Derrick W. Toddy, Esq., sworn to on July 2, 2007, and the exhibits annexed thereto, defendant and counterclaim-plaintiff Earth Products Inc. will move this Court, at the John Joseph Moakley United States Courthouse, Suite 2300, One Courthouse Way, Boston, Massachusetts, at a time and date convenient for the Court, for an order, pursuant to 28 U.S.C. § 1781 and the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, for the issuance of a letter of

1

request to His Excellency the Governor of the Cayman Islands, Government Administration Building, Elgin Avenue, George Town, Grand Cayman, Cayman Islands BWI3, requesting testimony and documents from E. J. Christian, on the ground that there are actions that are pending and undetermined in this Court, and without the testimony of this individual, justice cannot be completely done between and among the parties.

Plaintiffs and Planet, Inc. do not oppose the relief requested, though they do not necessarily agree with Earth Products' characterization of this case or its reasons for pursuing said discovery.

WHEREFORE, Earth Products Inc. prays that its motion for the issuance of a letter of request be granted in all respects.

Dated: July 2, 2007

By:  /s/ Derrick W. Toddy
**J. Christopher Carraway** (*pro hac vice*)
Email: chris.carraway@klarquist.com
**Cindy L. Caditz** (*pro hac vice*)
Email: cindy.caditz@klarquist.com
**Scott E. Davis** (*pro hac vice*)
Email: scott.davis@klarquist.com
**Derrick W. Toddy** (*pro hac vice*)
Email: derrick.toddy@klarquist.com
**KLARQUIST SPARKMAN, LLP**
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Phone: 503-595-5300
Fax: 503-595-5301

**Steven M. Bauer, BBO# 542531**
sbauer@proskauer.com
**Gina Lombardo, BBO # 664839**
glombardo@proskauer.com
**PROSKAUER ROSE LLP**
One International Place
Boston, Massachusetts 02110
Phone: 617-646-8000
Fax: 617-646-8646

*Attorneys for Earth Products Inc.*

2