IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH, INC.<br><br>　　　　Plaintiffs and<br>　　　　Counterclaim-Defendants,<br><br>v.<br><br>EARTH PRODUCTS INC.<br><br>　　　　Defendant and<br>　　　　Counterclaim-Plaintiff. | |
| EARTH PRODUCTS INC.<br><br>　　　　Third-Party Plaintiff and<br>　　　　Counterclaim-Defendant,<br><br>v.<br><br>PLANET, INC.<br><br>　　　　Third-Party Defendant and<br>　　　　Counterclaim-Plaintiff. | CIVIL ACTION NO. 05 cv 11781 NMG |

## CERTIFICATE OF SERVICE

I certify that the following document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).

　　1.　　Notice of Motion and Unopposed Motion for the Issuance of a Second Letter of Request;

　　2.　　Memorandum of Law In Support of Unopposed Motion for the Issuance of a Second Letter of Request;

     3.     Affidavit of Derrick W. Toddy in Support of Unopposed Motion for the Issuance of a Second Letter of Request ("Toddy Affidavit");

     4.     Exhibits 1 and 2 (Proposed Order Directing Issuance of Letter of Request and Request of International Judicial Assistance Pursuant to the Convention of 18th March 1970 on the Taking of Evidence in Civil or Commercial Matters ("Hague Evidence Convention"), respectively) to Toddy Affidavit; and

     5.     Exhibits A-F to Letter of Request, Exhibit 2 to Toddy Affidavit).

Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

Dated: July 2, 2007

By:   /s/ Derrick W. Toddy
**J. Christopher Carraway** (*pro hac vice*)
Email: chris.carraway@klarquist.com
**Cindy L. Caditz** (*pro hac vice*)
Email: cindy.caditz@klarquist.com
**Scott E. Davis** (*pro hac vice*)
Email: scott.davis@klarquist.com
**Derrick W. Toddy** (*pro hac vice*)
Email: derrick.toddy@klarquist.com
**KLARQUIST SPARKMAN, LLP**
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Phone: 503-595-5300
Fax: 503-595-5301

**Steven M. Bauer, BBO# 542531**
sbauer@proskauer.com
**Gina Lombardo BBO # 664839**
glombardo@proskauer.com
**PROSKAUER ROSE LLP**
One International Place
Boston, Massachusetts  02110
Phone: 617-646-8000
Fax: 617-646-8646

*Attorneys for Earth Products Inc.*