**Legal Department**
Cayman Islands Government
PO Box 907 GT
1st Floor – Ansbacher Building
Grand Cayman
British West Indies



CAYMAN ISLANDS

Telephone: (345) 949-7712
Fax: (345) 949-7183
Direct: (345) 244-3553
Email: Odia.Reid@gov.ky

22nd June, 2007

Hon. Nathaniel M. Gorton
John Joseph Moakley
United States Courthouse
Suite 2300
One Courthouse Way
Boston, MA 02210-3002

Re:   **Earth Products Inc. v. Re Meynard Inc & Earth Inc. v. Earth Products Inc. v. Planet Inc. Civil Action No. 05 cv 11781 NMG**

Dear Sir,

We acknowledge receipt of the captioned request, sent along with attachments dated 6th June, 2007 received by our Chambers on 20th June, 2007.

Please be advised that the matter has been passed to us for action and you will be informed of all the developments at the earliest opportunity.

Yours faithfully,

*[signature]*
for Odia S. Reid
Crown Counsel – International Cooperation
For the Attorney General
Of the Cayman Islands