IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH, INC.<br><br>   Plaintiffs and<br>   Counterclaim-Defendants,<br><br>v.<br><br>EARTH PRODUCTS INC.<br><br>   Defendant and<br>   Counterclaim-Plaintiff.<br><br>EARTH PRODUCTS INC.<br><br>   Third-Party Plaintiff and<br>   Counterclaim-Defendant,<br><br>v.<br><br>PLANET, INC.<br><br>   Third-Party Defendant and<br>   Counterclaim-Plaintiff. | CIVIL ACTION NO. 05 cv 11781 NMG |

**ASSENTED TO MOTION TO IMPOUND MATERIALS CITED
IN EARTH PRODUCTS' MOTION TO AMEND AND
<u>DESIGNATED AS CONFIDENTIAL BY PLAINTIFFS</u>**

Pursuant to District of Massachusetts Local Rule 7.2 and Section 8 of the Stipulated Protective Order (Dkt. No. 30), Defendant Earth Products Inc. ("Earth Products") moves this Honorable Court for an Order impounding and sealing Defendant Earth Products Inc.'s Motion for Leave to File First Amended Answer, Affirmative Defenses and Counterclaims ("Motion to Amend") and Exhibits D and F-H to the Declaration of Derrick Toddy ("Toddy Decl.") accompanying that Motion. These materials are not voluminous, comprising a brief of 16 pages and 30 pages of exhibits together totaling approximately 46 pages.

This motion is necessitated by the fact that Plaintiffs designated interrogatory responses and deposition testimony quoted and/or discussed in Earth Products' Motion to Amend as confidential under the Stipulated Protective Order and, despite Earth Products' request, did not agree to de-designate such materials. Accordingly, Earth Products requests an order authorizing its Motion to Amend and Exhibits D and F-H to the associated Toddy Declaration to be filed under seal and impounded.

The Clerk should impound these materials as described in Section 8 of the Stipulated Protective Order (Dkt. No. 30), *i.e.*, until 30 days after the conclusion of this case in this District Court.

Pursuant to Section 8 of the Stipulated Protective Order, Plaintiffs Meynard Designs, Inc. and Earth, Inc. and Third-Party Defendant Planet, Inc. have assented to this motion.

Dated: October 12, 2007                By:     /s/ Derrick W. Toddy
                                               **J. Christopher Carraway** (*pro hac vice*)
                                               Email: chris.carraway@klarquist.com
                                               **Cindy L. Caditz** (*pro hac vice*)
                                               Email: cindy.caditz@klarquist.com
                                               **Scott E. Davis** (*pro hac vice*)
                                               Email: scott.davis@klarquist.com
                                               **Derrick W. Toddy** (*pro hac vice*)
                                               Email: derrick.toddy@klarquist.com
                                               **KLARQUIST SPARKMAN, LLP**
                                               121 S.W. Salmon Street, Suite 1600
                                               Portland, Oregon 97204
                                               Phone: 503-595-5300
                                               Fax: 503-595-5301

                                               **Steven M. Bauer, BBO# 542531**
                                               sbauer@proskauer.com
                                               **Kimberly A. Mottley, BBO# 651190**
                                               kmottley@proskauer.com
                                               **PROSKAUER ROSE LLP**
                                               One International Place
                                               Boston, Massachusetts 02110
                                               Phone: 617-646-8000
                                               Fax: 617-646-8646

                                               *Attorneys for Earth Products Inc.*

## CERTIFICATE OF SERVICE

I certify that this ASSENTED TO MOTION TO IMPOUND MATERIALS CITED IN EARTH PRODUCTS' MOTION TO AMEND AND DESIGNATED AS CONFIDENTIAL BY PLAINTIFFS is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).

Counsel for other parties are also being served by electronic mail on the date of electronic filing.

Dated: October 12, 2007

By: /s/ Derrick W. Toddy
**J. Christopher Carraway** (*pro hac vice*)
Email: chris.carraway@klarquist.com
**Cindy L. Caditz** (*pro hac vice*)
Email: cindy.caditz@klarquist.com
**Scott E. Davis** (*pro hac vice*)
Email: scott.davis@klarquist.com
**Derrick W. Toddy** (*pro hac vice*)
Email: derrick.toddy@klarquist.com
**KLARQUIST SPARKMAN, LLP**
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Phone: 503-595-5300
Fax: 503-595-5301

**Steven M. Bauer, BBO# 542531**
sbauer@proskauer.com
**Kimberly A. Mottley, BBO# 651190**
kmottley@proskauer.com
**PROSKAUER ROSE LLP**
One International Place
Boston, Massachusetts 02110
Phone: 617-646-8000
Fax: 617-646-8646

*Attorneys for Earth Products Inc.*