IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH, INC.<br><br>    Plaintiffs and<br>    Counterclaim-Defendants,<br><br>v.<br><br>EARTH PRODUCTS INC.<br><br>    Defendant and<br>    Counterclaim-Plaintiff.<br><br>EARTH PRODUCTS INC.<br><br>    Third-Party Plaintiff and<br>    Counterclaim-Defendant,<br><br>v.<br><br>PLANET, INC.<br><br>    Third-Party Defendant and<br>    Counterclaim-Plaintiff. | CIVIL ACTION NO. 05 cv 11781 NMG |

**NOTICE OF MANUAL FILING**

Please take notice that pursuant to the Court's October 19, 2007 Order, Defendant Earth Products Inc. will be manually filing the following documents today:

- Defendant Earth Products Inc.'s Motion for Leave to File First Amended Answer, Affirmative Defenses and Counterclaims; and

- Exhibits D and F-H to the Declaration of Derrick Toddy in Support of Defendant Earth Products' Motion to Amend.

These documents were not filed electronically because they have been filed under seal. These documents have been served on all parties.

EXECUTED this 23rd day of October, 2007, in Portland, Oregon.

                                            Respectfully submitted,

                                            By:  /s/ Derrick W. Toddy
                                            **J. Christopher Carraway** (*pro hac vice*)
                                            Email:  chris.carraway@klarquist.com
                                            **Cindy L. Caditz** (*pro hac vice*)
                                            Email: cindy.caditz@klarquist.com
                                            **Scott E. Davis** (*pro hac vice*)
                                            Email:  scott.davis@klarquist.com
                                            **Derrick W. Toddy** (*pro hac vice*)
                                            Email:  derrick.toddy@klarquist.com
                                            **KLARQUIST SPARKMAN, LLP**
                                            121 S.W. Salmon Street, Suite 1600
                                            Portland, Oregon  97204
                                            Phone:  503-595-5300
                                            Fax:  503-595-5301

                                            **Steven M. Bauer, BBO# 542531**
                                            sbauer@proskauer.com
                                            **Kimberly A. Mottley, BBO# 651190**
                                            kmottley@proskauer.com
                                            **PROSKAUER ROSE LLP**
                                            One International Place
                                            Boston, Massachusetts  02110
                                            Phone:  617-646-8000
                                            Fax:  617-646-8646

                                          *Attorneys for Earth Products Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this Notice of Manual Filing was served by filing through the Court's ECF system and by e-mail on counsel for Plaintiffs:

>Michael Albert
>Hunter Keeton
>Laura Topper
>David Wolf
>WOLF, GREENFIELD & SACKS, P.C.
>600 Atlantic Avenue
>Boston, Massachusetts 02210
>
>Laura.Topper@WolfGreenfield.com
>
>*Attorneys for Meynard Designs, Inc,*
>*Earth, Inc., and Planet, Inc.*

Dated: October 23, 2007                By:  /s/ Derrick W. Toddy
                                             Derrick W. Toddy (*pro hac vice*)