IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH, INC.<br><br>　　　　　Plaintiffs and<br>　　　　　Counterclaim-Defendants,<br><br>v.<br><br>EARTH PRODUCTS INC.<br><br>　　　　　Defendant and<br>　　　　　Counterclaim-Plaintiff.<br> | |
| EARTH PRODUCTS INC.<br><br>　　　　　Third-Party Plaintiff and<br>　　　　　Counterclaim-Defendant,<br><br>v.<br><br>PLANET, INC.<br><br>　　　　　Third-Party Defendant and<br>　　　　　Counterclaim-Plaintiff. | CIVIL ACTION NO. 05 cv 11781 NMG |

**WITHDRAWAL OF MOTION TO IMPOUND
(DOCKET #57) FILED ON OCTOBER 23, 2007**

　　　　DEFENDANT EARTH PRODUCTS INC. ("Earth Products") hereby withdraws its Assented To Motion To Impound Materials Cited In Earth Products' Motion For Partial Summary Judgment And Designated As Confidential By Plaintiffs (the "Motion"), filed on October 23, 2007 (Dkt. No. 57).

　　　　Under the parties' Stipulated Protective Order (Dkt. No. 30), all transcripts of deposition testimony from former employees of parties are automatically designated as Attorneys' Eyes Only for 20 days following receipt of the deposition transcript. The deposition transcript of John

Chopak, a former president of Michel Meynard, Inc., the predecessor to plaintiff Meynard Designs, Inc., which is quoted and referenced in Earth Products' Motion for Summary Judgment of Invalidity of United States Trademark Registrations 2,249,826 and 2,199,118, was inadvertently excluded from the Motion.

Earth Products will file a new Motion to Impound Materials Cited in Earth Products' Motion for Partial Summary Judgment of Invalidity of United States Trademark Registrations 2,249,826 and 2,199,118, and Designated as Confidential Under the Parties' Stipulated Protective Order to include the Chopak deposition transcript among the materials requested to be impounded.

| | | |
|---|---|---|
| Dated:  October 25, 2007 | By: | /s/ Derrick W. Toddy |
| | | **J. Christopher Carraway** (*pro hac vice*) |
| | | Email:  chris.carraway@klarquist.com |
| | | **Cindy L. Caditz** (*pro hac vice*) |
| | | Email: cindy.caditz@klarquist.com |
| | | **Scott E. Davis** (*pro hac vice*) |
| | | Email: scott.davis@klarquist.com |
| | | **Derrick W. Toddy** (*pro hac vice*) |
| | | Email:  derrick.toddy@klarquist.com |
| | | **KLARQUIST SPARKMAN, LLP** |
| | | 121 S.W. Salmon Street, Suite 1600 |
| | | Portland, Oregon  97204 |
| | | Phone:  503-595-5300 |
| | | Fax:  503-595-5301 |

                                 **Steven M. Bauer, BBO# 542531**
                                 sbauer@proskauer.com
                               **Kimberly A. Mottley, BBO# 651190**
                               kmottley@proskauer.com
                               **PROSKAUER ROSE LLP**
                               One International Place
                               Boston, Massachusetts  02110
                               Phone:  617-646-8000
                               Fax:  617-646-8646

                               *Attorneys for Earth Products Inc.*

## CERTIFICATE OF SERVICE

I certify that the foregoing WITHDRAWAL OF MOTION TO IMPOUND (DOCKET #57) FILED ON OCTOBER 23, 2007is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).

Counsel for other parties are also being served by electronic mail on the date of electronic filing.

Dated:  October 25, 2007            By:     /s/ Derrick W. Toddy
**J. Christopher Carraway** (*pro hac vice*)
Email:  chris.carraway@klarquist.com
**Cindy L. Caditz** (*pro hac vice*)
Email: cindy.caditz@klarquist.com
**Scott E. Davis** (*pro hac vice*)
Email: scott.davis@klarquist.com
**Derrick W. Toddy** (*pro hac vice*)
Email:  derrick.toddy@klarquist.com
**KLARQUIST SPARKMAN, LLP**
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Phone:  503-595-5300
Fax:  503-595-5301

**Steven M. Bauer, BBO# 542531**
sbauer@proskauer.com
**Kimberly A. Mottley, BBO# 651190**
kmottley@proskauer.com
**PROSKAUER ROSE LLP**
One International Place
Boston, Massachusetts  02110
Phone:  617-646-8000
Fax:  617-646-8646

*Attorneys for Earth Products Inc.*