IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH, INC.<br><br>Plaintiffs and<br>Counterclaim-Defendants,<br><br>v.<br><br>EARTH PRODUCTS INC.<br><br>Defendant and<br>Counterclaim-Plaintiff.<br><br>EARTH PRODUCTS INC.<br><br>Third-Party Plaintiff and<br>Counterclaim-Defendant,<br><br>v.<br><br>PLANET, INC.<br><br>Third-Party Defendant and<br>Counterclaim-Plaintiff. | CIVIL ACTION NO. 05 cv 11781 NMG |

**NOTICE OF MANUAL FILING**

Please take notice that pursuant to the Court's October 26, 2007 Order, Defendant Earth

Products Inc. will be manually filing the following documents today:

- Defendant Earth Products Inc.'s Motion for Partial Summary Judgment of Invalidity of United States Trademark Registrations 2,249,826 and 2,199,118 and Memorandum in Support; and

- Exhibits D Through F to the Derrick W. Toddy Declaration in Support of Defendant Earth Products Inc.'s Motion for Partial Summary Judgment of Invalidity of United States Trademark Registrations 2,249,826 and 2,199,118.

These documents were not filed electronically because they have been filed under seal.

These documents have been served on all parties.

EXECUTED this 26th day of October, 2007, in Portland, Oregon.

Respectfully submitted,

By: /s/ Derrick W. Toddy

**J. Christopher Carraway** (*pro hac vice*)
Email:  chris.carraway@klarquist.com
**Cindy L. Caditz** (*pro hac vice*)
Email: cindy.caditz@klarquist.com
**Scott E. Davis** (*pro hac vice*)
Email: scott.davis@klarquist.com
**Derrick W. Toddy** (*pro hac vice*)
Email:  derrick.toddy@klarquist.com
**KLARQUIST SPARKMAN, LLP**
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Phone:  503-595-5300
Fax:  503-595-5301

**Steven M. Bauer, BBO# 542531**
sbauer@proskauer.com
**Kimberly A. Mottley, BBO# 651190**
kmottley@proskauer.com
**PROSKAUER ROSE LLP**
One International Place
Boston, Massachusetts  02110
Phone:  617-646-8000
Fax:  617-646-8646

*Attorneys for Earth Products Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that this Notice of Manual Filing was served by filing

through the Court's ECF system and by e-mail on counsel for Plaintiffs:


Michael Albert
Hunter Keeton
Laura Topper
David Wolf
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210

Laura.Topper@WolfGreenfield.com

*Attorneys for Meynard Designs, Inc,*
*Earth, Inc., and Planet, Inc.*


Dated: October 26, 2007                    By:  /s/ Derrick W. Toddy
                                                Derrick W. Toddy (*pro hac vice*)