IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH, INC.<br><br>　　　　Plaintiffs and<br>　　　　Counterclaim-Defendants,<br><br>v.<br><br>EARTH PRODUCTS INC.<br><br>　　　　Defendant and<br>　　　　Counterclaim-Plaintiff. | |
| EARTH PRODUCTS INC.<br><br>　　　　Third-Party Plaintiff and<br>　　　　Counterclaim-Defendant,<br><br>v.<br><br>PLANET, INC.<br><br>　　　　Third-Party Defendant and<br>　　　　Counterclaim-Plaintiff. | CIVIL ACTION NO. 05 cv 11781 NMG |

**CONCISE STATEMENT OF UNDISPUTED MATERIAL
FACTS IN SUPPORT OF EARTH PRODUCTS INC.'S
MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY
OF UNITED STATES TRADEMARK REGISTRATIONS 2,249,826 AND 2,199,118**

　　　1.　　On July 20, 1994, Mondial Trading Company, Ltd. ("Mondial Trading") filed an intent to use application pursuant to the Lanham Act § 1(b) for use of the mark EARTH on clothing, U.S. Trademark Application Serial No. 74/551611 (the "'611 Application"). (*See* Derrick W. Toddy Declaration In Support Of Earth Products Inc.'s Motion For Partial Summary

Judgment of Invalidity of United States Trademark Registrations 2,249,826 and 2,199,118 ("Toddy Decl."), Exh. A, July 20, 1994 Trademark Application – Intent To Use.)

2. Mondial Trading executed an assignment of the '611 Application to Michel Meynard, Inc., which purported to be effective as of June 25, 1997, (Toddy Decl., Exh. B, September 26, 1997 Trademark Response and Assignment.)

3. There is no evidence that Michel Meynard, Inc. was a successor to the business of the applicant, Mondial Trading, or any portion thereof, to which the EARTH mark pertained.

4. There is no evidence that Mondial Trading transferred any other assets to Michel Meynard, Inc. along with Mondial Trading's assignment of the '611 Application.

5. Michel Meynard, Inc. assigned the '611 Application back to Mondial Trading "in late 1997 or early 1998," (Toddy Decl., Exh. C, Meynard's Resp. to Earth Products Inc.'s 3rd Set of Interrogs., Resp. to Interrog. No. 27, pg. 10), before Mondial Trading filed the first verified statement of use for that intent to use application on January 23, 1998 (Toddy Decl., Exh. G, January 23, 1998 ITU Request for Extension of Time, Statement of Use and Request to Divide).

6. There is no evidence that Mondial Trading was a successor to the business of Michel Meynard, Inc., or any portion thereof, to which the EARTH mark pertained.

7. There is no evidence that Michel Meynard, Inc. transferred any other assets to Mondial Trading along with Michel Meynard, Inc's assignment of the '611 Application.

8. There is no evidence that Mondial Trading was a successor to any part of Michel Meynard, Inc.'s business.

9. After Michel Meynard, Inc. assigned the '611 Application to Mondial Trading, Michel Meynard, Inc. continued any business to which the EARTH mark pertained, to the extent that any such business was ongoing and existing. (Toddy Decl., Exh. D, Meynard's Resp. to

Earth Products Inc.'s 1st Set of Interrogs., Resp. to Interrog. No. 7, pg. 16; *id.,* Exh. C, Resp. to Interrog. No. 26, pgs 7-9, Resp. to Interrog. No. 30, pgs 12-13; *id.,* Exh. E, Celso Kiefer Dep. Tr., 79:15 – 80:11, 81:7-11, 82:15-21, and 105:5-8; *id.*, Exh. F, John Chopak Dep. Tr., 210:14-25.)

Dated:  October 25, 2007                               By: /s/  Derrick W. Toddy
                                                                              **J. Christopher Carraway** *(pro hac vice)*
Email: chris.carraway@klarquist.com
**Cindy L. Caditz** *(pro hac vice)*
Email: cindy.caditz@klarquist.com
**Scott E. Davis** *(pro hac vice)*
Email: scott.davis@klarquist.com
**Derrick W. Toddy** *(pro hac vice)*
Email: derrick.toddy@klarquist.com
**KLARQUIST SPARKMAN, LLP**
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Phone: 503-595-5300
Fax: 503-595-5301

**Steven M. Bauer, BBO# 542531**
sbauer@proskauer.com
**Kimberly A. Mottley, BBO# 651190**
kmottley@proskauer.com
**PROSKAUER ROSE LLP**
One International Place Boston, Massachusetts 02110
Phone: 617-646-8000
Fax: 617-646-8646

*Attorneys for Earth Products Inc.*

**CERTIFICATE OF SERVICE**

I certify that this CONCISE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF EARTH PRODUCTS INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF UNITED STATES TRADEMARK REGISTRATIONS 2,249,826 AND 2,199,118 was served by electronic mail on counsel for the other parties to this action.

Dated:  October 25, 2007                    By:  /s/  Derrick W. Toddy

        **J. Christopher Carraway** *(pro hac vice)*
        Email: chris.carraway@klarquist.com
        **Cindy L. Caditz** *(pro hac vice)*
        Email: cindy.caditz@klarquist.com
        **Scott E. Davis** *(pro hac vice)*
        Email: scott.davis@klarquist.com
        **Derrick W. Toddy** *(pro hac vice)*
        Email: derrick.toddy@klarquist.com
        **KLARQUIST SPARKMAN, LLP**
        121 S.W. Salmon Street, Suite 1600
        Portland, Oregon 97204
        Phone: 503-595-5300
        Fax: 503-595-5301

        **Steven M. Bauer, BBO# 542531**
        sbauer@proskauer.com
        **Kimberly A. Mottley, BBO# 651190**
        kmottley@proskauer.com
        **PROSKAUER ROSE LLP**
        One International Place Boston,
        Massachusetts 02110
        Phone: 617-646-8000
        Fax: 617-646-8646

        *Attorneys for Earth Products Inc.*