IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH, INC.<br><br>　　　　Plaintiffs and<br>　　　　Counterclaim-Defendants,<br><br>v.<br><br>EARTH PRODUCTS INC.<br><br>　　　　Defendant and<br>　　　　Counterclaim-Plaintiff.<br><br>EARTH PRODUCTS INC.<br><br>　　　　Third-Party Plaintiff and<br>　　　　Counterclaim-Defendant,<br><br>v.<br><br>PLANET, INC.<br><br>　　　　Third-Party Defendant and<br>　　　　Counterclaim-Plaintiff. | CIVIL ACTION NO. 05 cv 11781 NMG |

**EARTH PRODUCTS INC.'S
REVISED CORPORATE DISCLOSURE STATEMENT**

　　　Pursuant to Local Rule 7.1, Earth Products Inc. hereby states that it is wholly owned by K-2 Corporation, an Indiana corporation, which is wholly owned by Sitca Corp., a Washington corporation, which is wholly owned by K2 Inc., a Delaware corporation, which is wholly owned by Jarden Corporation, a Delaware corporation.

Dated:  October 26, 2007　　　　　　　　　　By:　　/s/ Scott E. Davis　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　**J. Christopher Carraway** (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　　Email:  chris.carraway@klarquist.com
　　　　　　　　　　　　　　　　　　　　　　　　**Cindy L. Caditz** (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　　Email: cindy.caditz@klarquist.com

**Scott E. Davis** (*pro hac vice*)
Email: scott.davis@klarquist.com
**Derrick W. Toddy** (*pro hac vice*)
Email: derrick.toddy@klarquist.com
**KLARQUIST SPARKMAN, LLP**
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Phone:  503-595-5300
Fax:  503-595-5301

**Steven M. Bauer, BBO# 542531**
sbauer@proskauer.com
**Kimberly A. Mottley, BBO# 651190**
kmottley@proskauer.com
**PROSKAUER ROSE LLP**
One International Place
Boston, Massachusetts  02110
Phone:  617-646-8000
Fax:  617-646-8646

*Attorneys for Earth Products Inc.*

**CERTIFICATE OF SERVICE**

I certify that the foregoing document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).

Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

        Michael Albert
        Hunter Keeton
        Laura Topper
        David Wolf
        **WOLF, GREENFIELD & SACKS, P.C.**
        600 Atlantic Avenue
        Boston, Massachusetts  02210

        *Attorneys for Meynard Designs, Inc., Earth, Inc. and Planet, Inc.*

Dated:  October 26, 2007        By:   /s/ Scott E. Davis
        **J. Christopher Carraway** (*pro hac vice*)
        Email:  chris.carraway@klarquist.com
        **Cindy L. Caditz** (*pro hac vice*)
        Email: cindy.caditz@klarquist.com
        **Scott E. Davis** (*pro hac vice*)
        Email: scott.davis@klarquist.com
        **Derrick W. Toddy** (*pro hac vice*)
        Email:  derrick.toddy@klarquist.com
        **KLARQUIST SPARKMAN, LLP**
        121 S.W. Salmon Street, Suite 1600
        Portland, Oregon  97204
        Phone:  503-595-5300
        Fax:  503-595-5301

        *Attorneys for Earth Products Inc.*