

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**Sarah Allison Thornton**
CLERK OF COURT

November 5, 2007

Cayman Islands Government
Central Authority
c/o P.O. Box 907 GT
1st Floor - Ansbacher Building
Grand Cayman KY1-1103
British West Indies

Governor's Office
4th Floor
AALL Building
8 North Church Street
Georgetown, Grand Cayman KY1-1103
British West Indies

ATTN:   Odia S. Reid, Crown Counsel for the Attorney General


Re:   Request for Judicial Assistance in the Matter of Meynard Designs, Inc. and Earth, Inc. v.
      Earth Products Inc,, Earth Products Inc. v. Planet, Inc.
      Civil Action No. 05-CV-11781 (NMG)
      United States District Court for the District of Massachusetts

Dear Sir or Madam:

We have been requested by Judge Nathaniel M. Gorton to send on to you through the Governor's
Office the attached Letter of Request.

This second Letter of Request, dated August 1, 2007, seeks testimony and documentation from
E. J. Christian. The Order directing Issuance of the Letter of Request, dated November 5, 2007,
in the above matter is also enclosed.

Should you have any questions regarding the above-referenced documents, please direct them to
the undersigned.

Very Truly Yours,

Sarah Allison Thornton
Clerk of Court

Enclosures