IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH, INC.,<br><br>      Plaintiffs and Counterclaim Defendant,<br>v.<br>EARTH PRODUCTS INC.,<br><br>      Defendant and Counterclaim Plaintiff. | CIVIL ACTION NO. 05 CV 11781 NMG |
| EARTH PRODUCTS INC.<br><br>      Third Party Plaintiff,<br>v.<br>PLANET, INC.<br><br>      Third-Party Defendant. | |

**NOTICE OF MANUAL FILING**

Please take notice that pursuant to the Court's November 8, 2007 Order, Plaintiffs Meynard Designs, Inc. and Earth, Inc. will be manually filing the following documents today:

- Opposition to Earth Products' Motion for Leave to File First Amended Answer, Affirmative Defenses, and Counterclaims;

- Exhibit C to Declaration of Hunter D. Keeton in Support of Opposition to Earth Products' Motion for Leave to File First Amended Answer, Affirmative Defenses, and Counterclaims; and

- Exhibit J to Declaration of Hunter D. Keeton in Support of Opposition to Earth Products' Motion for Leave to File First Amended Answer, Affirmative Defenses, and Counterclaims.

The documents were not filed electronically because they have been filed under seal.

Respectfully submitted,

MEYNARD DESIGNS, INC.,
EARTH, INC., and
PLANET, INC.,

By their attorneys,

Dated: November 8, 2007

/s/ Hunter D. Keeton
Michael Albert, BBO # 558566
malbert@wolfgreenfield.com
Laura Topper, BBO # 652364
ltopper@wolfgreenfield.com
Hunter Keeton, BBO # 660609
hkeeton@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel. 617 646.8000
Fax 617 646.8646

1270550-6                            2

**CERTIFICATE OF SERVICE**

  I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).


Dated: November 8, 2007               /s/ Hunter D. Keeton
                                     Hunter D. Keeton

1270550-6