IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH, INC., <br><br> Plaintiffs and Counterclaim Defendant, <br> v. <br> EARTH PRODUCTS INC., <br><br> Defendant and Counterclaim Plaintiff. | CIVIL ACTION NO. 05 CV 11781 NMG |
| EARTH PRODUCTS INC. <br><br> Third Party Plaintiff, <br> v. <br> PLANET, INC. <br><br> Third-Party Defendant. | |

**MOTION TO STRIKE EARTH PRODUCTS'**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**

Meynard Designs, Inc. ("Meynard"), Earth, Inc. and Planet, Inc. (collectively "Plaintiffs") move for entry of an Order striking Earth Products Inc.'s ("EP") premature and untimely Motion for Partial Summary Judgment of Invalidity of United States Trademark Registrations 2,249,826 and 2,199,118, and associated papers. (D.I. # 62-64). In support of this motion to strike, Plaintiffs rely on the accompanying memorandum of law.

1278960.1

                                      Respectfully submitted,

                                      MEYNARD DESIGNS, INC.,
                                      EARTH, INC., and
                                      PLANET, INC.,

                                      By their attorneys,

Dated:  November 8, 2007          /s/ Hunter Keeton
                                      Michael Albert, BBO # 558566
                                      malbert@wolfgreenfield.com
                                      Laura Topper, BBO # 652364
                                      ltopper@wolfgreenfield.com
                                      Hunter Keeton, BBO # 660609
                                      hkeeton@wolfgreenfield.com
                                      WOLF, GREENFIELD & SACKS, P.C.
                                      600 Atlantic Avenue
                                      Boston, Massachusetts 02210
                                      Tel.  617 646.8000
                                      Fax  617 646.8646

### Local Rule 7.1 Certificate

     Pursuant to Local Rule 7.1(a)(2), the undersigned certifies that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented in this motion, and that counsel for EP have refused to consent to this motion.

                                      /s/ Hunter Keeton

### CERTIFICATE OF SERVICE

     I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                      /s/ Hunter Keeton