IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH, INC.<br><br>        Plaintiffs and<br>        Counterclaim-Defendants,<br><br>v.<br><br>EARTH PRODUCTS INC.<br><br>        Defendant and<br>        Counterclaim-Plaintiff. | |
| EARTH PRODUCTS INC.<br><br>        Third-Party Plaintiff and<br>        Counterclaim-Defendant,<br><br>v.<br><br>PLANET, INC.<br><br>        Third-Party Defendant and<br>        Counterclaim-Plaintiff. | CIVIL ACTION NO. 05 cv 11781 NMG |

**NOTICE OF MANUAL FILING**

Please take notice that pursuant to the Court's November 8, 2007 Order, Defendant Earth Products Inc. will be manually filing the following documents today:

- Defendant Earth Products Inc.'s Motion for Partial Summary Judgment that Plaintiff Meynard Designs, Inc. Abandoned the Trade Associated with the "Earth" and "Earth Shoe" Marks, and Memorandum in Support;

- Derrick W. Toddy Declaration in Support of Earth Products Inc.'s Motion for Partial Summary Judgment that Plaintiff Meynard Designs, Inc. Abandoned the Trade Associated with the "Earth" and "Earth Shoe" Marks;

- Concise Statement of Undisputed Material Facts in Support of Defendant Earth Products Inc.'s Motion for Summary Judgment Regarding Abandonment of the Trade Associated with the "Earth" And "Earth Shoe" Marks; and

- Exhibits 1, 4, 12-13, 16, 18, 20-27, 29-34, 51-80, 82, 84-97, and 99-101 to the Toddy Declaration.

These documents were not filed electronically because they have been filed under seal.

These documents have been served on all parties.

EXECUTED this 9th day of November, 2007, in Portland, Oregon.

Respectfully submitted,

By: /s/ Derrick W. Toddy
**J. Christopher Carraway** (*pro hac vice*)
Email: chris.carraway@klarquist.com
**Cindy L. Caditz** (*pro hac vice*)
Email: cindy.caditz@klarquist.com
**Scott E. Davis** (*pro hac vice*)
Email: scott.davis@klarquist.com
**Derrick W. Toddy** (*pro hac vice*)
Email: derrick.toddy@klarquist.com
**KLARQUIST SPARKMAN, LLP**
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Phone:  503-595-5300
Fax:  503-595-5301

**Steven M. Bauer, BBO# 542531**
sbauer@proskauer.com
**Kimberly A. Mottley, BBO# 651190**
kmottley@proskauer.com
**PROSKAUER ROSE LLP**
One International Place
Boston, Massachusetts  02110
Phone:  617-646-8000
Fax:  617-646-8646

*Attorneys for Earth Products Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this Notice of Manual Filing was served by filing through the Court's ECF system and by e-mail on counsel for Plaintiffs:

>Michael Albert
>Hunter Keeton
>Laura Topper
>David Wolf
>WOLF, GREENFIELD & SACKS, P.C.
>600 Atlantic Avenue
>Boston, Massachusetts 02210
>
>Laura.Topper@WolfGreenfield.com
>
>*Attorneys for Meynard Designs, Inc,*
>*Earth, Inc., and Planet, Inc.*

Dated: November 9, 2007                By:  /s/ Derrick W. Toddy
                                            Derrick W. Toddy (*pro hac vice*)