IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH, INC.<br><br>    Plaintiffs and<br>    Counterclaim-Defendants,<br><br>v.<br><br>EARTH PRODUCTS INC.<br><br>    Defendant and<br>    Counterclaim-Plaintiff. | |
| EARTH PRODUCTS INC.<br><br>    Third-Party Plaintiff and<br>    Counterclaim-Defendant,<br><br>v.<br><br>PLANET, INC.<br><br>    Third-Party Defendant and<br>    Counterclaim-Plaintiff. | CIVIL ACTION NO. 05 cv 11781 NMG |

**DEFENDANT EARTH PRODUCTS INC.'S ASSENTED TO MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS**

Pursuant to Local Rule 7.1(b), Earth Products Inc. hereby seeks leave from this Honorable Court to file a reply brief ("Reply") in support of its Motion for Leave to File First Amended Answer, Affirmative Defenses and Counterclaims (the "Motion"). The proposed Reply is the subject of a concurrently-filed motion to impound, and therefore is not attached as an exhibit.

This twelve-page Reply is necessary to respond to the arguments raised in Plaintiffs' opposition to the Motion. Plaintiffs have assented to this motion for leave to file a reply brief.

| | |
|---|---|
| Dated: November 13, 2007 | By: /s/ Derrick W. Toddy |

                                          **J. Christopher Carraway** (*pro hac vice*)
                                          Email:  chris.carraway@klarquist.com
                                          **Cindy L. Caditz** (*pro hac vice*)
                                            Email: cindy.caditz@klarquist.com
                                            **Scott E. Davis** (*pro hac vice*)
                                            Email: scott.davis@klarquist.com
                                            **Derrick W. Toddy** (*pro hac vice*)
                                            Email:  derrick.toddy@klarquist.com
                                            **KLARQUIST SPARKMAN, LLP**
                                            121 S.W. Salmon Street, Suite 1600
                                            Portland, Oregon  97204
                                            Phone:  503-595-5300
                                            Fax:  503-595-5301

                                            **Steven M. Bauer, BBO# 542531**
                                            Email: sbauer@proskauer.com
                                            **Kimberly A. Mottley, BBO# 651190**
                                            Email: kmottley@proskauer.com
                                            **PROSKAUER ROSE LLP**
                                            One International Place
                                            Boston, Massachusetts  02110
                                            Phone: 617.526.9850
                                            Fax:  617.526.9899

                                            *Attorneys for Earth Products Inc.*

**CERTIFICATE OF SERVICE**

I certify that this DEFENDANT EARTH PRODUCTS INC.'S ASSENTED TO MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).

Counsel for other parties are also being served by electronic mail on the date of electronic filing.

Dated:  November 13, 2007                    By:    /s/ Derrick W. Toddy
**J. Christopher Carraway** (*pro hac vice*)
Email:  chris.carraway@klarquist.com
**Cindy L. Caditz** (*pro hac vice*)
Email: cindy.caditz@klarquist.com
**Scott E. Davis** (*pro hac vice*)
Email: scott.davis@klarquist.com
**Derrick W. Toddy** (*pro hac vice*)
Email:  derrick.toddy@klarquist.com
**KLARQUIST SPARKMAN, LLP**
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Phone:  503-595-5300
Fax:  503-595-5301

**Steven M. Bauer, BBO# 542531**
Email: sbauer@proskauer.com
**Kimberly A. Mottley, BBO# 651190**
Email: kmottley@proskauer.com
**PROSKAUER ROSE LLP**
One International Place
Boston, Massachusetts  02110
Phone:  617.526.9850
Fax:  617.526.9899

*Attorneys for Earth Products Inc.*