IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH, INC.<br><br>    Plaintiffs and<br>    Counterclaim-Defendants,<br><br>v.<br><br>EARTH PRODUCTS INC.<br><br>    Defendant and<br>    Counterclaim-Plaintiff. | |
| EARTH PRODUCTS INC.<br><br>    Third-Party Plaintiff and<br>    Counterclaim-Defendant,<br><br>v.<br><br>PLANET, INC.<br><br>    Third-Party Defendant and<br>    Counterclaim-Plaintiff. | CIVIL ACTION NO. 05 cv 11781 NMG |

**ASSENTED TO MOTION TO IMPOUND DEFENDANT EARTH PRODUCTS INC.'S REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS**

Pursuant to District of Massachusetts Local Rule 7.2 and Section 8 of the parties' Stipulated Protective Order (Dkt. No. 30), Defendant Earth Products Inc. ("Earth Products") moves this Honorable Court for an Order impounding and sealing Defendant Earth Products Inc.'s Reply in Support of its Motion for Leave to File First Amended Answer, Affirmative Defenses and Counterclaims. The materials to be impounded are not voluminous, comprising 14 pages.

This motion is necessitated by the fact that Plaintiffs designated materials quoted and/or discussed in Earth Products Inc.'s Reply in Support of its Motion for Leave to File First Amended Answer, Affirmative Defenses and Counterclaims as confidential under the Stipulated Protective Order and, despite Earth Products' request, did not agree to de-designate such materials.  Accordingly, Earth Products requests an order authorizing its Reply in Support of its Motion for Leave to File First Amended Answer, Affirmative Defenses and Counterclaims to be filed under seal and impounded.

The Clerk should impound these materials as described in Section 8 of the Stipulated Protective Order (Dkt. No. 30), *i.e.*, until 30 days after the conclusion of this case in this District Court.

Pursuant to Section 8 of the Stipulated Protective Order, Plaintiffs Meynard Designs, Inc. and Earth, Inc., and Third-Party Defendant Planet, Inc. (collectively, "Plaintiffs") have assented to this motion.

Dated:  November 13, 2007        By:    /s/ Derrick W. Toddy
                                        **J. Christopher Carraway** (*pro hac vice*)
                                        Email:  chris.carraway@klarquist.com
                                        **Cindy L. Caditz** (*pro hac vice*)
                                        Email: cindy.caditz@klarquist.com
                                        **Scott E. Davis** (*pro hac vice*)
                                        Email: scott.davis@klarquist.com
                                        **Derrick W. Toddy** (*pro hac vice*)
                                        Email:  derrick.toddy@klarquist.com
                                        **KLARQUIST SPARKMAN, LLP**
                                        121 S.W. Salmon Street, Suite 1600
                                        Portland, Oregon  97204
                                        Phone:  503-595-5300
                                        Fax:  503-595-5301

                                        **Steven M. Bauer, BBO# 542531**
                                        Email: sbauer@proskauer.com
                                        **Kimberly A. Mottley, BBO# 651190**

      Email: kmottley@proskauer.com
**PROSKAUER ROSE LLP**
One International Place
Boston, Massachusetts 02110
Phone: 617.526.9850
Fax: 617.526.9899

*Attorneys for Earth Products Inc.*

**CERTIFICATE OF SERVICE**

I certify that this ASSENTED TO MOTION TO IMPOUND EARTH PRODUCTS INC.'S REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS AND DESIGNATED UNDER THE PARTIES' STIPULATED PROTECTIVE ORDER is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).

Counsel for other parties are also being served by electronic mail on the date of electronic filing.

Dated:  November 13, 2007                    By:    /s/ Derrick W. Toddy
                                                    **J. Christopher Carraway** (*pro hac vice*)
                                                    Email:  chris.carraway@klarquist.com
                                                    **Cindy L. Caditz** (*pro hac vice*)
                                                    Email: cindy.caditz@klarquist.com
                                                    **Scott E. Davis** (*pro hac vice*)
                                                    Email: scott.davis@klarquist.com
                                                    **Derrick W. Toddy** (*pro hac vice*)
                                                    Email:  derrick.toddy@klarquist.com
                                                    **KLARQUIST SPARKMAN, LLP**
                                                    121 S.W. Salmon Street, Suite 1600
                                                    Portland, Oregon  97204
                                                    Phone: 503-595-5300
                                                    Fax: 503-595-5301

                                                    **Steven M. Bauer, BBO# 542531**
                                                    Email: sbauer@proskauer.com
                                                    **Kimberly A. Mottley, BBO# 651190**
                                                    Email: kmottley@proskauer.com
                                                    **PROSKAUER ROSE LLP**
                                                    One International Place
                                                    Boston, Massachusetts  02110
                                                    Phone: 617.526.9850
                                                    Fax: 617.526.9899

                                                    *Attorneys for Earth Products Inc.*