IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH, INC.<br><br>   Plaintiffs and<br>   Counterclaim-Defendants,<br><br>v.<br><br>EARTH PRODUCTS INC.<br><br>   Defendant and<br>   Counterclaim-Plaintiff.<br><br>EARTH PRODUCTS INC.<br><br>   Third-Party Plaintiff and<br>   Counterclaim-Defendant,<br><br>v.<br><br>PLANET, INC.<br><br>   Third-Party Defendant and<br>   Counterclaim-Plaintiff. | CIVIL ACTION NO. 05 cv 11781 NMG |

**NOTICE OF MANUAL FILING**

  Please take notice that pursuant to the Court's November 14, 2007 Order, Defendant Earth Products Inc. will be manually filing the following document today:

- Defendant Earth Products Inc.'s Reply in Support of Its Motion for Leave to File First Amended Answer, Affirmative Defenses and Counterclaims.

  This document was not filed electronically because it has been filed under seal.

This document has been served on all parties.

EXECUTED this 14th day of November, 2007, in Portland, Oregon.

                Respectfully submitted,

By:  /s/ Derrick W. Toddy
**J. Christopher Carraway** (*pro hac vice*)
Email:  chris.carraway@klarquist.com
**Cindy L. Caditz** (*pro hac vice*)
Email: cindy.caditz@klarquist.com
**Scott E. Davis** (*pro hac vice*)
Email: scott.davis@klarquist.com
**Derrick W. Toddy** (*pro hac vice*)
Email:  derrick.toddy@klarquist.com
**KLARQUIST SPARKMAN, LLP**
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Phone:  503-595-5300
Fax:  503-595-5301

**Steven M. Bauer, BBO# 542531**
Email: sbauer@proskauer.com
**Kimberly A. Mottley, BBO# 651190**
Email: kmottley@proskauer.com
**PROSKAUER ROSE LLP**
One International Place
Boston, Massachusetts  02110
Phone:  617-526-9600
Fax:  617-526-9899

*Attorneys for Earth Products Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this Notice of Manual Filing was served by filing through the Court's ECF system and by e-mail on counsel for Plaintiffs:

>Michael Albert
>Hunter Keeton
>Laura Topper
>David Wolf
>WOLF, GREENFIELD & SACKS, P.C.
>600 Atlantic Avenue
>Boston, Massachusetts 02210
>
>Laura.Topper@WolfGreenfield.com
>
>*Attorneys for Meynard Designs, Inc,*
>*Earth, Inc., and Planet, Inc.*

Dated: November 14, 2007                By:  /s/ Derrick W. Toddy
                                            Derrick W. Toddy (*pro hac vice*)