IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEYNARD DESIGNS, INC. AND EARTH, INC.<br><br>Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>EARTH PRODUCTS INC.<br><br>Defendant and Counterclaim-Plaintiff. | |
| EARTH PRODUCTS INC.<br><br>Third-Party Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>PLANET, INC.<br><br>Third-Party Defendant and Counterclaim-Plaintiff. | CIVIL ACTION NO. 05 cv 11781 NMG |

**DERRICK W. TODDY SUPPLEMENTAL DECLARATION IN SUPPORT
OF EARTH PRODUCTS INC.'S MOTION FOR LEAVE TO FILE FIRST
<u>AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS</u>**

I, Derrick W. Toddy, the undersigned, declare:

1.      I am an attorney at law, and an associate at the law firm of Klarquist Sparkman, LLP, counsel for Earth Products Inc. ("Earth Products") in the above-captioned matter. I am over the age of 18 and competent to testify to the matters contained in this Declaration. I have personal knowledge of the matters stated herein unless indicated otherwise.

2.      Attached as Exhibit L is a true and correct copy of selected portions of Meynard's privilege log, which was sent by Federal Express on October 1, 2007.

EXECUTED this 13th day of November, 2007, in Portland, Oregon.

_____
Derrick W. Toddy
Counsel *pro hac vice* for Earth Products Inc.

## CERTIFICATE OF SERVICE

I certify that this DERRICK W. TODDY SUPPLEMENTAL DECLARATION IN SUPPORT OF EARTH PRODUCTS INC.'S MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).

Counsel for other parties are also being served by electronic mail on the date of electronic filing.

Dated: November 13, 2007

By: /s/ Derrick W. Toddy
**J. Christopher Carraway** *(pro hac vice)*
Email: chris.carraway@klarquist.com
**Cindy L. Caditz** *(pro hac vice)*
Email: cindy.caditz@klarquist.com
**Scott E. Davis** *(pro hac vice)*
Email: scott.davis@klarquist.com
**Derrick W. Toddy** *(pro hac vice)*
Email: derrick.toddy@klarquist.com
**KLARQUIST SPARKMAN, LLP**
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Phone: 503-595-5300
Fax: 503-595-5301

**Steven M. Bauer, BBO# 542531**
Email: sbauer@proskauer.com
**Kimberly A. Mottley, BBO# 651190**
Email: kmottley@proskauer.com
**PROSKAUER ROSE LLP**
One International Place
Boston, Massachusetts 02110
Phone: 617.526.9850
Fax: 617.526.9899

*Attorneys for Earth Products Inc.*

# EXHIBIT L

## Privilege Log

| No. | Date | From/Author | To | CC | Description | Privilege Type |
|---|---|---|---|---|---|---|
| 1 | 09/06/01 | Walsh, Kate attaching privileged letter from David Wolf, Esq. | Meynard, Philippe | Meynard, Arlette; Cummins, Ken, Esq.; Meynard, Michel | Email attaching Correspondence regarding mark for possible litigation | AC, AWP |
| 2 | 08/14/01 | Wolf, David, Esq. | Meynard, Philippe | Bowden, Valerie | Correspondence regarding research for potential litigation | AC, AWP |
| 3 | | | Wolf, David, Esq. | | Typed notes regarding client conversation and various litigation matters | AC, AWP |
| 4 | 03/13/03 | Wolf, David, Esq. | Aswad, Sheri | Cummins, Ken, Esq. | Correspondence regarding trademark rights and legal work | AC, AWP |
| 5 | 2/27/03-3/4/03 | Among Bowden, Valerie; Wolf, David, Esq.; Aswad, Sheri | Aswad, Sheri; Wolf, David, Esq.; Bowden, Valerie | | Chain of privileged emails among persons noted regarding trademark rights and legal work | AC, AWP |
| 6 | 02/27/03 | Aswad, Sheri | Wolf, David, Esq. | Bowden, Valerie | Correspondence regarding trademark rights and legal work | AC |
| 7 | 08/23/02 | Wolf, David, Esq. | | | Handwritten notes regarding licensing work and conversation with Ken Cummins, Esq. | AC, AWP |
| 8 | 4/24/02-4/25/02 | Among Reifman, Susan; Wolf, Douglas, Esq.; Meynard, Philippe; Wolf, David, Esq. | Wolf, Douglas, Esq. | Wolf, David, Esq.; Bowden, Valerie | Chain of privileged emails among persons noted regarding registering of various trademarks | AC |
| 9 | 03/14/02 | Emerson, Kate attaching privileged letter from Wolf, David, Esq. | Meynard, Michel | Cummins, Ken, Esq. | Client correspondence regarding advertisement | AC |
| 10 | 03/14/02 | Bowden, Valerie, attaching privileged letter from David Wolf, Esq. | Cummins, Ken, Esq. | | Correspondence regarding various trademark and litigation matters | AC, AWP |
| 11 | 01/13/01 | Wolf, David, Esq. | Bowden, Valerie | | Correspondence regarding US and Canadian trademark applications | AC, AWP |
| 12 | 11/05/01 | Wolf, David, Esq. | Meynard, Michel | | Correspondence regarding trademark matters | AC |
| 13 | 11/01/01 | Wolf, David, Esq. | Meynard, Michel | Cummins, Ken, Esq.; Meynard, Philippe; Meynard, Arlette | Correspondence regarding opposition to various trademarks | AC |
| 14 | 10/30/01 | Wolf, David, Esq. | Meynard, Michel | Cummins, Ken, Esq. | Correspondence regarding research for trademark registration | AC, AWP |

## Privilege Log

| No. | Date | From/Author | To | CC | Description | Privilege Type |
|---|---|---|---|---|---|---|
| 313 | 09/25/97 | Wolf, David, Esq. | Meynard, Michel | | Correspondence re: assignment of registration to Mondial | AC, CI |
| 314 | 09/23/97 | Wolf, David, Esq. | Watler, Kareen | | Correspondence re: assignment of registration to Michel Meynard, Inc. | AC, CI |
| 315 | 09/23/97 | Watler, Kareen | Wolf, David, Esq. | | Correspondence re: assignment of registration to Michel Meynard, Inc. | AC, CI |
| 316 | 09/17/97 | Christian, Ellen J. | Wolf, David, Esq. | | Correspondence re: assignment of registration to Michel Meynard, Inc. | AC, CI |
| 317 | 09/12/97 | Wolf, David, Esq. | Meynard, Michel | | Correspondence re: assignment of registration to Michel Meynard, Inc. | AC, CI |
| 318 | 09/11/97 | Wolf, David, Esq. | Meynard, Michel | | Correspondence re: assignment of registration to Michel Meynard, Inc. | AC, CI |
| 319 | 07/18/97 | Wolf, David, Esq. | Meynard, Michel | | Correspondence re: extension of time to file statement of use | AC, CI |
| 320 | 07/18/97 | Wolf, David, Esq. | Meynard, Michel | | Correspondence re: extension of time to file statement of use | AC, CI |
| 321 | 06/25/97 | Meynard, Michel | Wolf, David, Esq. | | Correspondence re: change of mailing address | AC |
| 322 | 06/19/97 | Wolf, David, Esq. | Nota, Susan | | Correspondence re: extension of time to file statement of use | AC, CI |
| 323 | 05/16/97 | Wolf, David, Esq. | Nota, Susan | | Correspondence re: extension of time to file statement of use | AC, CI |
| 324 | 04/17/97 | Wolf, David, Esq. | Nota, Susan | | Correspondence re: extension of time to file statement of use | AC, CI |
| 325 | 03/12/97 | Wolf, David, Esq. | Nota, Susan | | Correspondence re: extension of time to file statement of use | AC, CI |
| 326 | 02/14/97 | Wolf, David, Esq. | Nota, Susan | | Correspondence re: extension of time to file statement of use | AC, CI |
| 327 | 02/10/97 | Nota, Susan | Wolf, David, Esq. | | Correspondence re: extension of time to file statement of use | AC, CI |
| 328 | 12/26/96 | Wolf, David, Esq. | Cummins, Ken, Esq. | | Correspondence re: extension of time to file statement of use | AC, CI |
| 329 | 11/25/96 | Wolf, David, Esq. | Nota, Susan | | Correspondence re: extension of time to file statement of use | AC, CI |
| 330 | 11/20/96 | Wolf, David, Esq. | Cummins, Ken, Esq. | | Correspondence re: extension of time to file statement of use | AC, CI |
| 331 | 11/20/96 | Nota, Susan | Wolf, David, Esq. | | Correspondence re: extension of time to file statement of use | AC, CI |