UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Meynard Designs, Inc., et al.,
       Plaintiff

v.                                                                                  Civil Action No. 05-11781-NMG

Earth, Inc. et al.,
       Defendant

## SETTLEMENT ORDER OF DISMISSAL

<u>GORTON, D.J.</u>

The Court having been advised by the parties that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within forty-five (45) days to reopen the action if settlement is not consummated.

By the Court,

/S/ Craig J. Nicewicz

12/5/07                                                                          _____
  Date                                                                             Craig J. Nicewicz
                                                                                               Courtroom Clerk